Douglas A. Plazak, State Bar No. 181709
dplazak@rhlaw.com
REID & HELLYER APC
3685 Main Street, Suite 300
Riverside, California 92501
Telephone:  (951) 682-1771
Facsimile:  (951) 686-2415

Proposed Attorneys for
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re Indian Canyon & 18th Property Owners Association<br><br>        Debtor and Debtor-in-Possession. | Case No. 6:22-bk-13378-SY<br><br>Chapter 11 SubChapter V<br><br>Adv. No. 6:22-ap_____ SY |
| Alpenglow Management Group LLC; Brightside Estate Holdings; En Primeur, LLC,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Coachillin Holdings, LLC; Kenneth Dickerson; Indian Canyon & 18th Property Owners Association; Kirsten Dickerson; Katherine Dickerson,<br><br>        Defendants. | **NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT**<br><br>**[28 U.S.C. §  1452(a); FRBP 9027(a); LBR 9027-1(a)]**<br><br>TO BE SET;<br>Date:        September ___, 2022<br>Time:<br>Crtrm:        #302, Third Floor<br>            3420 Twelfth Street<br>            Riverside, CA 92501 |

////

////

////

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ALL PARTIES TO THE LAWSUIT BEING REMOVED AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1452(a), Rule 9027(a) of the Federal Rules of Bankruptcy Procedure ("FRBP") and Local Bankruptcy Rule 9027-1(a), Indian Canyon & 18th Property Owners Association ("Debtor" and "Debtor-in-Possession") of the bankruptcy estate (the "Estate"), real party in interest and Defendant in the action titled *Alpenglow Management Group LLC; Brightside Estate Holdings; En Primeur, LLC,, Plaintiffs, v. Coachillin Holdings, LLC; Kenneth Dickerson; Indian Canyon & 18th Property Owners Association; Kirsten Dickerson; Katherine Dickerson, Defendants,* which is pending in the Superior Court of the State of California, for the County of Riverside ("Riverside Superior Court" or "RSC"), as Case No. PSC2002599 (the "Action"), hereby removes the Action in its entirety from the RSC, where it was originally filed, to the United States Bankruptcy Court for the Central District of California, Riverside Division and hereby gives notice of such removal to each of the following:

**A. <u>Name/Address of Court Where Action is Being Removed.</u>**

Riverside County Superior Court
3255 E. Tahquitz Canyon Way
Palm Springs, CA 92262

**B. Name/Address of Counsel to Each Party in the Action.**

See attached Exhibit 1.

Removal of the Action is based upon the following facts:

1. On June 18, 2020, Alpenglow Management Group, LLC, and Brightside Estate Holdings ("Alpenglow & Brightside") filed a civil action against Debtor entitled *Alpenglow Management Group LLC; Brightside Estate Holdings; En Primeur, LLC, Plaintiffs, v. Coachillin Holdings, LLC; Kenneth Dickerson; Indian Canyon & 18th Property Owners Association; Kirsten Dickerson; Katherine Dickerson, Defendants,* in Riverside Superior Court.

2. In the action, Alpenglow & Brightside assert that the Debtor improperly imposed assessments on Alpenglow & Brightside, among other claims, as more fully set forth in the copy of the complaint that will be filed in accordance with Local Bankruptcy Rule 9027-1(d).

3. The Action is not a proceeding before the United States Tax Court.

4. The Action is not a civil action by a governmental unit to enforce its police or regularly power.

5. The Action was formerly pending in the Riverside Superior Court.

6. On September 6, 2022, Debtor filed a voluntary Chapter 11, SubChapter V petition for relief in the United States Bankruptcy Court for the Central District of California, Riverside Division, which case is currently pending.

7. The Action is a core proceeding within the meaning of 28 U.S.C. § § 157(b)(2)(A)(B) and 1334.  To the extent that the bankruptcy court finds that the

1  Action is not a core proceeding, the Action nevertheless constitutes a related

2  proceeding pursuant to 28 U.S.C. § 157(c)(2) and 1334(b).

3

4    8.  Consent to Jurisdiction: This Court has jurisdiction over the Action pursuant to

5  28 U.S.C. § 1334(b).  Upon the Debtor's filing a voluntary Chapter 11 bankruptcy

6  proceeding, the Debtor's Estate became the real party in interest, with exclusive

7  jurisdiction to defend the claims contained in the Action. The Debtor does consent to

8

9  entry of a final order in the Action by the bankruptcy court.

10   9.  Removal of the Action to this court is proper pursuant to 28 U.S.C. § 1452(a)

11

12 and Rule 9027 of the Federal Rules of Bankruptcy Procedure ("FRBP").

13   10. Venue for the Action is proper in this court under 28 U.S.C. § 1452(a) because

14

15 this Court is the bankruptcy court located in the federal district where the Action that

16 was pending in non-bankruptcy court was located.

17   11. A true and correct copy of the docket of the Action is attached hereto as

18

19 Exhibit 2.  Relevant documents to the Action will be submitted under separate cover.

20    **PLEASE TAKE FURTHER NOTICE** that pursuant to FRBP 9027(c), this

21 Notice of Removal shall be filed with the Clerk of the Riverside Superior Court.  The

22

23 parties to the removed Action shall proceed no further in the Riverside Superior

24 Court unless and until the Action is remanded.

25 DATED:  September ___, 2022

26                                                REID & HELLYER, APC
                                                By: _____
27                                                     Douglas A. Plazak
                                                     Proposed Attorneys for Debtor
28                                                     And Debtor-in-Possession

**EXHIBIT 1**

B.      Name/Address of Counsel to Each Party in the Action.

Plaintiffs/Counsel:
Alpenglow Management Group, LLC
Brightside Estate Holdings
En Primeur, LLC

Keith Smith, et al.
Wood Smith Henning & Berman LLP
21804 Cactus Avenue, Suite 200
March Air Reserve Base, CA 92518

Defendants/Counsel:
Coachillin Holdings, LLC
Kenneth Dickerson
Indian Canyon & 18th Property Owners Association
Kirsten Dickerson
Katherine Dickerson

Joseph S. Leventhal
Dinsmore and Shohl LLP
655 W. Broadway, Suite 800
San Diego, CA 92101

**EXHIBIT 2 – COURT DOCKET**

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

| Complaints | File Date | Disposition |
|---|---|---|
| Complaint of ALPENGLOW MANAGEMENT GROUP LLC | 06/18/2020 | |

| Plaintiff(s) | Defendant(s) |
|---|---|
| ALPENGLOW MANAGEMENT GROUP LLC<br>ATT: WOOD SMITH HENNING & BERMAN LLP<br>BRIGHTSIDE ESTATE HOLDINGS LLC<br>ATT: WOOD SMITH HENNING & BERMAN LLP<br>EN PRIMEUR LLC<br><br>ATT: WOOD SMITH HENNING & BERMAN LLP | COACHILLIN HOLDINGS LLC<br>ATT: DINSMORE & SHOHL LLP<br>ATT: PARKER STRAUS, LLP<br>KENNETH DICKERSON<br>ATT: DINSMORE & SHOHL LLP<br>ATT: PARKER STRAUS, LLP<br>INDIAN CANYON & 18TH PROPERTY OWNERS<br>ATT: DINSMORE & SHOHL LLP<br>ATT: PARKER STRAUS, LLP<br>KIRSTEN DICKERSON<br>ATT: DINSMORE & SHOHL LLP<br>ATT: PARKER STRAUS, LLP<br>KATHERINE DICKERSON<br>ATT: DINSMORE & SHOHL LLP<br>ATT: PARKER STRAUS, LLP |

| Date | Action |
|---|---|
| 06/18/2020 | Complaint Filed Fast Track. (Palm Springs) |
| 06/18/2020 | Complaint and Party Information Entered |
| 06/18/2020 | Stat Count: Case management conference set |
| 06/18/2020 | Non-Proof of Service Hearing set for 10/16/20 at 8:30 in Dept CLKP |

Registers of Actions
www.courts.ca.gov

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

| Date | Action |
|------|--------|
| 06/18/2020 | Civil Case Cover Sheet filed. |
| 06/23/2020 | Notice of Case Assigned to Department PS2. (Palm Springs) |
| 06/23/2020 | Case Management Conference set for 12/21/20 at 8:30 in Dept. PS2 |
| 06/23/2020 | Summons Issued on Complaint of ALPENGLOW MANAGEMENT GROUP LLC and filed. |
| 06/26/2020 | Hearing Reserved for Ex Parte Hearing set 07/20/20 at 8:30 in Dept. PS2 - RES103545. |
| 06/26/2020 | Court Reporter Hearing Fee for one hour or less Paid by Plaintiff in the amount of $30.00; for hearing reserved for EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER on 07/20/2020. |
| 06/26/2020 | On-line Motion Reserved on behalf of Plaintiff. |
| 06/26/2020 | Ex Parte Application to/for TRO AND OSC WHY PRELIM INJ SHOULD NOT ISSUE/MPA by ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC filed |
| 06/26/2020 | Ex Parte Hearing set on 7/20/20 at 8:30 in Dept PS2 |
| 06/26/2020 | Motion Hearing Reservation re: TRO AND OSC RE PRELIMINARY INJUNCTION set for 07/20/20 at 8:30 is Confirmed. |
| 06/26/2020 | Declaration of KEITH SMITH I/S OF EX PARTE filed |
| 06/26/2020 | Declaration of FLETCHER GROFF I/S OF EX PARTE filed |
| 06/26/2020 | Proposed Order re: TRO AND OSC FOR PRELIMINARY INJUNCTION for hearing on 07/20/20 submitted by ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC. |
| 06/29/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES103545 for hearing reserved on 07/20/20. |
| 06/29/2020 | Court Reporter Fee (Under One Hour) paid by PLAINTIFF for hearing 07/20/20. |
| 06/29/2020 | Notice of Telephonic Appearance for Hearing re: Ex Parte re TRO & OSC re Preliminary Injunction on 07/20/20 at 8:30 in Department PS2. |
| 07/02/2020 | Proof of Service on the Complaint of ALPENGLOW MANAGEMENT GROUP LLC served on COACHILLIN HOLDINGS LLC with service date of 07/01/20 filed.(Personal Service) |
| 07/02/2020 | Proof of Service on the Complaint of ALPENGLOW MANAGEMENT GROUP LLC served on INDIAN CANYON & 18TH PROPERTY OWNERS with service date of 07/01/20 filed.(Personal Service) |

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

| Date | Action |
|------|--------|
| 07/06/2020 | Proof of Service on the Complaint of ALPENGLOW MANAGEMENT GROUP LLC served on KATHERINE DICKERSON with service date of 07/02/20 filed.(Personal Service) |
| 07/07/2020 | Notice OF TELEPHONIC HR OF EX PARTE APPL FOR TRO AND OSC WHY PRELIMINARY INJUNCTION by ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC filed. |
| 07/07/2020 | Proof of Service of NOTICE OF EXP APPL FOR TRO;MPA;DECL served on KATHERINE DICKERSON served 07/02/20 Filed (non-complaint) |
| 07/09/2020 | Proof of Service on the Complaint of ALPENGLOW MANAGEMENT GROUP LLC served on KENNETH DICKERSON with service date of 07/07/20 filed.(Personal Service) |
| 07/09/2020 | Proof of Service on the Complaint of ALPENGLOW MANAGEMENT GROUP LLC served on KIRSTEN DICKERSON with service date of 07/07/20 filed.(Personal Service) |
| 07/14/2020 | Hearing Reserved set 08/19/20 at 8:30 AM in Dept. PS2 - RES200793 |
| 07/14/2020 | First Appearance Fee Paid by COACHILLIN HOLDINGS LLC (On-line Reservation). |
| 07/14/2020 | On-line Motion Reserved on behalf of Defendants. |
| 07/14/2020 | First Appearance Fee Paid by KATHERINE DICKERSON (On-line Reservation). |
| 07/14/2020 | First Appearance Fee Paid by KENNETH DICKERSON (On-line Reservation). |
| 07/14/2020 | First Appearance Fee Paid by KIRSTEN DICKERSON (On-line Reservation). |
| 07/14/2020 | Court Reporter Hearing Fee for one hour or less Paid by Defendants in the amount of $30.00; for hearing reserved for APPLICATION TO APPEAR PRO HAC VICE on 08/19/2020. |
| 07/14/2020 | First Appearance Fee Paid by INDIAN CANYON & 18TH PROPERTY OWNERS (On-line Reservation). |
| 07/15/2020 | First Paper Fee Paid as to COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON (On-line Reservation). |
| 07/15/2020 | Court Reporter Fee (Under One Hour) paid by DEFENDANTS for hearing 08/19/20. |
| 07/15/2020 | Application to appear as counsel Pro Hac Vice for COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY |

Register of Actions

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

| Date | Action |
|------|--------|
| | OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON filed by DINSMORE & SHOHL LLP. |
| 07/15/2020 | Hearing re: Pro Hac Vice set 8/19/20 at 8:30 in Dept. PS2 |
| 07/15/2020 | Declaration of CHRISTOPHER P.LYON IN SUPPORT OF APPLICATION FOR ADMISION OF NICOLE DANIEL PRO HAC VICE filed |
| 07/15/2020 | Proof of Service by Electronic Service of APPL-PRO HAC VICE;DEC;PROPOSED ORDER on WOOD SMITH HENNING & BERMAN with a service date of 07/15/20 filed. (non-complaint) |
| 07/15/2020 | Proposed Order re: PRO HAC VICE-NICOLE DANIEL for hearing on 08/19/20 submitted by COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON. |
| 07/15/2020 | Motion Hearing Reservation re: PRO HAC VICE set for 08/19/20 at 8:30 is Confirmed. |
| 07/15/2020 | Ex Parte Application to/for TO THE BAR PRO HAC VICE W/O HEARING by COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON filed |
| 07/15/2020 | Ex Parte Hearing set on 7/16/20 at 8:30 in Dept PS1 |
| 07/15/2020 | Declaration of C LYON I/S OF EX PARTE APP F/ADMISSION TO THE BAR PRO HAC VICE W/O HEARING filed |
| 07/15/2020 | Proof of service by Mail of EX PARTE/DECLARATION/ORDER on PLAINTIFFS ATTORNEY with a mailing date of 07/15/20 filed. (non-complaint) |
| 07/15/2020 | Proposed Order re: EX PARTE APP for hearing on 07/16/20 submitted by COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON. |
| 07/15/2020 | Court Reporter Fee (Under One Hour) paid by DEFENDANTS for hearing 07/16/20. |
| 07/15/2020 | Minute Order: ExParte regarding Admission to Bar Pro Hac Vice<br>Honorable Judge Kira L Klatchko, Presiding<br>Clerk: G. Voorhis<br>Court Reporter: None<br>No appearance made by either party.<br>Court has read and considered Ex Parte Admission to Bar.<br>Ex Parte Admission to Bar Pro Hac Vice is denied.<br>Order shortening time is granted.<br>Motion to appear pro hac vice set on 8/19/20 is advanced to 07/20/20 at 08:30 in Dept PS2. |

PAGE: 4

Registration of Actions
Page 11 of 63
www.riverside.courts.ca.gov

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

| Date | Action |
|------|--------|
| | Opposition to be filed on or before 07/17/20. |
| | Notice to be given by moving party |
| | Moving party ordered to give notice of this order by telephone of business 7/15/20. |
| | Minute entry completed. |
| | Print Minute Order |
| 07/16/2020 | Notice of Ruling re: DEFT'S EX PARTE APP HEARD ON 07/16/20 filed |
| 07/16/2020 | Legacy Minute Order: Ex Parte Hearing re ADMIS TO THE BAR PRO HAC VICE W/O HEARING. |
| 07/16/2020 | Ex Parte Hearing re ADMIS TO THE BAR PRO HAC VICE W/O HEARING. at 8:30 AM in Department PS1 nullHearing ordered vacated. |
| 07/16/2020 | Proof of service by Mail of NOTICE OF RULING ON EX PARTE on PLAINTIFFS with a mailing date of 07/16/20 filed. (non-complaint) |
| 07/17/2020 | On Complaint of ALPENGLOW MANAGEMENT GROUP LLC as to COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON Attorney DINSMORE & SHOHL LLP added. |
| 07/17/2020 | Opposition to PLFF'S EX PARTE APP F/TRO by DEFENDANTS filed |
| 07/17/2020 | Declaration of KENNETH DICKERSON I/S OF DEFT'S OPPO TO PLFF'S EX PARTE APP F/TRO filed |
| 07/17/2020 | Declaration of KATHERINE DICKERSON I/S OF DEFT'S OPPO TO PLFFS EX PARTE APP F/TRO filed |
| 07/17/2020 | Proof of service by Mail of OPPO TO EX PARTE / DECLARATION (2EA) on PLAINTIFFS with a mailing date of 07/17/20 filed. (non-complaint) |
| 07/20/2020 | Hearing Reserved for Ex Parte Hearing re: EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER - RES103545. |
| 07/20/2020 | Legacy Minute Order: Ex Parte Hearing re TRO AND OSC RE PRELIMINARY INJUNCTION. |
| 07/20/2020 | Ex Parte Hearing re TRO AND OSC RE PRELIMINARY INJUNCTION. at 8:30 AM in Department PS2 nullHonorable Judge David M. Chapman, Presiding Clerk: M. Youngberg Court Reporter: L. Brock ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC represented by WOOD SMITH HENNING & BERMAN LLP - Keith |

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

Date        Action

            Smith via Webex present.
            COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH
            PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON represented
            by DINSMORE & SHOHL LLP - Christopher Lyon via Webex present.
            COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH
            PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON represented
            by/in Nicole Daniel via Webex
            Kenneth Dickerson / Kirsten Dickerson / Katherine Dickerson present
            via Webex.
            Counsel Argue.
            Ex Parte Application for TRO / OSC re Prelim Injun Denied Without
            Prejudice
            Notice waived.
            Minute entry completed.

07/20/2020  Legacy Minute Order: Hearing re: ADMISSION OF NICOLE DANIEL TO COURT
            PRO HAC VICE to appear Pro Hac Vice for COACHILLIN HOLDINGS LLC,
            KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN
            DICKERSON, KATHERINE DICKERSON by DEFENDANTS.

07/20/2020  Hearing re: ADMISSION OF NICOLE DANIEL TO COURT PRO HAC VICE to
            appear Pro Hac Vice for COACHILLIN HOLDINGS LLC, KENNETH DICKERSON,
            INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE
            DICKERSON by DEFENDANTS. at 8:30 AM in Department PS2 nullHonorable
            Judge David M. Chapman, Presiding
            Clerk: M. Youngberg
            Court Reporter: L. Brock
            ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN
            PRIMEUR LLC represented by WOOD SMITH HENNING & BERMAN LLP - Keith
            Smith via Webex present.
            COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH
            PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON represented
            by DINSMORE & SHOHL LLP - Christopher Lyon via Webex present.
            COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH
            PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON represented
            by/in Nicole Daniel via Webex
            Kenneth Dickerson / Kirsten Dickerson / Katherine Dickerson present
            via Webex.
            Court inquires of Counsel regarding fee paid to State Bar of CA.
            Motion for Admission of Nicole Daniel Pro Hac Vice is granted.
            Formal order signed in court.

Registered Actions
Register of Actions.gov

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

| Date | Action |
|------|--------|
| | Notice waived. |
| | Minute entry completed. |
| 07/20/2020 | Order Granting Defendant's Ex Parte Application for Order Granting Application for Admission; Honorable Judge David M. Chapman. |
| 07/28/2020 | Hearing Reserved set 09/03/20 at 8:30 AM in Dept. PS2 - RES205346 |
| 07/28/2020 | Court Reporter Hearing Fee for one hour or less Paid by fDefendants in the amount of $30.00; for hearing reserved for MOTION TO COMPEL ARBITRATION on 09/03/2020. |
| 07/28/2020 | On-line Motion Reserved on behalf of fDefendants. |
| 07/29/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES205346 for hearing reserved on 09/03/20. |
| 07/29/2020 | Court Reporter Fee (Under One Hour) paid by DEFENDANTS for hearing 09/03/20. |
| 07/31/2020 | Declaration of CHRISTOPHER P.LYON IN SUPP OF MTN AND MTN TO COMPEL ARBITRATION AND STAY PROCEEDINGS filed |
| 07/31/2020 | Memo of Points & Authorities in SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY OF PROCEEDINGS by DEFENDANTS. |
| 07/31/2020 | Motion to/for COMPEL ARBITRATION AND STAY PROCEEDINGS by COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON filed |
| 07/31/2020 | Hearing set 9/03/20 at 8:30 in Department PS2 |
| 07/31/2020 | Proof of service by Mail of MOTION TO COMPE;MPA;DECL;POI on ATTORNEY FOR PLAINTIFF with a mailing date of 07/31/20 filed. (non-complaint) |
| 07/31/2020 | Proposed Order re: COMPEL ARBITRATION AND STAY PROCEEDINGS for hearing on 09/03/20 submitted by COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON. |
| 07/31/2020 | Motion Hearing Reservation re: MOTION TO COMPEL set for 09/03/20 at 8:30 is Confirmed. |
| 08/19/2020 | Hearing Reserved for: APPLICATION TO APPEAR PRO HAC VICE - RES200793 |
| 08/19/2020 | Legacy Minute Order: Hearing re: ADMISSION OF NICOLE DANIEL TO COURT PRO HAC VICE to appear Pro Hac Vice for COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON by DEFENDANTS. |

Registration of Actions
www.courts.ca.gov

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

| Date | Action |
|------|--------|

08/19/2020   Hearing re: ADMISSION OF NICOLE DANIEL TO COURT PRO HAC VICE to
appear Pro Hac Vice for COACHILLIN HOLDINGS LLC, KENNETH DICKERSON,
INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE
DICKERSON by DEFENDANTS. at 8:30 AM in Department PS2 nullHearing
Continued (Not Held) to 07/20/20 at 8:30 in Department PS2.
Reason for continuance: Minute Order dated 07/15/20

08/20/2020   Notice of Telephonic Appearance for Hearing re: Motion to Compel
Arbitration on 09/03/20 at 8:30 in Department PS2.

08/21/2020   Declaration of FLETCHER GROFF IN SUPPORT OF OPPOSITION TO MOTION TO
COMPEL ARBITRATION & STAY filed

08/21/2020   Declaration of KEITH E SMITH IN SUPPORT OF OPPOSITION TO MOTION TO
COMPEL ARBITRATION filed

08/21/2020   Opposition to MOTION TO COMPEL ARBITRATION by PLAINTIFFS' filed

08/21/2020   Request for Judicial Notice filed by ALPENGLOW MANAGEMENT GROUP LLC,
BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC.

08/27/2020   Reply to IN SUPP OF MOTION TO COMPEL ARBITRATION by COACHILLIN
HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY
OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON filed

08/27/2020   Proof of Service by Electronic Service of REPLY on PLAINTIFF with a
service date of 08/27/20 filed. (non-complaint)

08/28/2020   Received: REQUEST FOR REFUND

09/03/2020   Hearing Reserved for: MOTION TO COMPEL ARBITRATION - RES205346

09/03/2020   Legacy Minute Order: Hearing re: Motion to/for COMPEL ARBITRATION
AND STAY PROCEEDINGS by COACHILLIN HOLDINGS LLC, KENNETH DICKERSON,
INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE
DICKERSON

09/03/2020   Hearing re: Motion to/for COMPEL ARBITRATION AND STAY PROCEEDINGS by
COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH
PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON at 8:30 AM
in Department PS2 nullHonorable Judge David M. Chapman, Presiding
Clerk: M. Youngberg
Court Reporter: L. Brock

Registered of Actions

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

| Date | Action |
|------|--------|
| | ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC represented by WOOD SMITH HENNING & BERMAN LLP - Keith Smith present. (Telephonic) |

COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON represented by DINSMORE & SHOHL LLP - Nicole Daniel present. (Telephonic)
Donald Davis - Representative telephonically present.
The court has published instructions for public access to this hearing at https://www.riverside.courts.ca.gov/PublicNotices/COVID-19-Court-Operations.php#court-appearances.
Counsel Argue.
On Court's Own Motion:
Hearing held and continued to 10/20/20 at 8:30 in Dept. PS2 (Pre-disposition).
Reason for continuance: Court to review matter further
Notice waived.
Minute entry completed.

09/03/2020  Assign to Legal Research Attorney: BM

09/03/2020  REQUEST FOR REFUND Forward to Department CSA111 REVIEW

09/03/2020  Court on its Own Motion set on 9/03/20 at 8:00 in Department PS2

09/04/2020  REQUEST FOR REFUND Forward to Department PALS SPRINGS SENIOR LETY

10/07/2020  Notice of Telephonic Appearance for Hearing re: Motion to Compel Arbitration on 10/20/20 at 8:30 in Department PS2.

10/20/2020  Legacy Minute Order: Hearing re: Motion to/for COMPEL ARBITRATION AND STAY PROCEEDINGS by COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON

10/20/2020  Hearing re: Motion to/for COMPEL ARBITRATION AND STAY PROCEEDINGS by COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON at 8:30 AM in Department PS2 nullHonorable Judge David M. Chapman, Presiding
Clerk: M. Youngberg
Court Reporter: L. Brock
ALPENGLOW MANAGEMENT GROUP LLC, EN PRIMEUR LLC, BRIGHTSIDE ESTATE HOLDINGS LLC represented by WOOD SMITH HENNING & BERMAN LLP - Keith Smith present. (Telephonic)

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

| Date | Action |
|------|--------|
| | COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON represented by DINSMORE & SHOHL LLP - Nicole Daniel present. (Telephonic) The court has published instructions for public access to this hearing at https://www.riverside.courts.ca.gov/PublicNotices/COVID-19-Court-Operations.php#court-appearances. Court addresses Counsel regarding Motion. Argument presented by Keith Smith. Argument presented by Nicole Daniel. Court makes the following orders: Tentative Ruling Vacated Motion to Compel Arbitrtion is denied. Formal Order to be prepared, served and submitted by counsel for Keith Smith Plaintiff to submit Proposed Order along with Defense Objections (if any) for Court's Review. Minute entry completed. |

10/20/2020 Assign to Legal Research Attorney: BM

11/02/2020 PROPOSED ORDER AFTER HEARING Received and Forwarded to Dept. PS2

11/09/2020 Order Denying Defendants' Motion to Compel Arbitration and Stay the
Action; Honorable Judge David M Chapman
Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS
LLC, EN PRIMEUR LLC

11/16/2020 Proposed Order Denying Def's Motion to Compel on Complaint of
ALPENGLOW MANAGEMENT GROUP LLC
Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS
LLC, EN PRIMEUR LLC

11/16/2020 [Proposed] Order Denying Motion to Compel Arbitration on Complaint
of ALPENGLOW MANAGEMENT GROUP LLC

11/16/2020 Minute Order: Court Ruling re:

11/16/2020 Court Ruling re: at 1:14 PM in Department PS2 Honorable David M.
Chapman, Judge
M. Youngberg, Courtroom Assistant
Court Reporter: None
APPEARANCES:

Register of Actions

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

| Date | Action |
|---|---|
| | No Appearances |
| | Court has Read and Considered Objections attached to Proposed Order submitted 11/16/2020. |
| | Court makes the following order(s): |
| | Objections to Proposed Order Denying Motion to Compel Arbitration are all hereby overruled. |
| | Notice to be given by Clerk to WOOD SMITH HENNING & BERMAN LLP , DINSMORE & SHOHL LLP . |
| | Minute entry completed. |
| 11/16/2020 | Certificate of Mailing |
| 11/19/2020 | NOTICE OF ENTRY OF ORDER DENYING DEFENDANTS MOTION TO CONPEL ARBITRATION AND STAY THE ACTION on Complaint of ALPENGLOW MANAGEMENT GROUP LLC |
| 12/03/2020 | Case Management Statement on Complaint of ALPENGLOW MANAGEMENT GROUP LLC |
| | Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 12/03/2020 | Demand for Jury Trial on Complaint of ALPENGLOW MANAGEMENT GROUP LLC |
| | Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 12/03/2020 | Plaintiffs' Notice of Posting Advance Jury Fees on Complaint of ALPENGLOW MANAGEMENT GROUP LLC |
| | Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 12/04/2020 | Case Management Statement on Complaint of ALPENGLOW MANAGEMENT GROUP LLC |
| | Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 12/04/2020 | Proof of Service on Complaint of ALPENGLOW MANAGEMENT GROUP LLC |
| | Against / As To: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 12/04/2020 | Amended Case Management Statement on Complaint of ALPENGLOW MANAGEMENT GROUP LLC |
| | Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |

Register of Actions

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

| Date | Action |
|---|---|
| 12/04/2020 | Case Management Statement on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 12/04/2020 | Payment: $150.00, WOOD SMITH HENNING & BERMAN LLP, for ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC, Receipt: 20201204-00320 |
| 12/07/2020 | Notice of Telephonic Appearance for Hearing on Complaint of ALPENGLOW MANAGEMENT GROUP LLC |
| 12/07/2020 | Notice of Jury Fee Deposit on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 12/07/2020 | Proof of Service by Mail re: Notice of Jury Fee Deposit on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Against / As To: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 12/08/2020 | Defendant's Answer to Plaintiffs' Complaint on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 12/08/2020 | Proof of Service by Mail re: Answer mailed on December 8, 2020 on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Against / As To: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 12/10/2020 | Payment: $150.00, DINSMORE & SHOHL LLP, for COACHILLIN HOLDINGS LLC, DICKERSON, KATHERINE, DICKERSON, KENNETH, DICKERSON, KIRSTEN, INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt: 20201210-00567 |
| 12/21/2020 | Minute Order: Case Management Conference Hearing |
| 12/21/2020 | Case Management Conference Hearing at 8:30 AM in Department PS2<br>nullThis matter is being live streamed for public access<br>Court inquires of Counsel regarding amount in dispute and alternative dispute resolution.<br>Counsel stipulate: to First Friday Settlement Conference<br>All counsel and parties agreed to participate in the court sponsored |

PAGE: 12

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

---

| Date | Action |
|------|--------|
| | First Friday Voluntary Settlement Conference Program.<br>Court makes the following order(s):<br>Mediator: Shaun Murphy<br>Parties are to meet and confer within 3 days of today's date to select 3 mutually agreed upon dates for settlement conference.<br>Counsel for Plaintiff is to then contact Mediator to schedule the settlement conference.<br>Mediation Completion Date: 05/14/2021<br>Trial Setting Conference set 06/02/2021 at 08:30 AM in Department PS2.<br>Notice waived. |
| 05/06/2021 | Stipulation and [Proposed] Order in Advance of Trial Setting Conference<br>Filed By: COACHILLIN HOLDINGS LLC |
| 05/06/2021 | Payment: $20.00, DINSMORE & SHOHL LLP, for COACHILLIN HOLDINGS LLC, Receipt: 20210506-00690 |
| 05/07/2021 | Stipulation and Order in Advance of Trial Setting Conference is Denied; Honorable Judge David M Chapman |
| 05/07/2021 | Minute Order: Court Ruling re: |
| 05/07/2021 | Court Ruling re: at 1:21 PM in Department PS2 Honorable David M. Chapman, Judge<br>M. Youngberg, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>Pursuant to Stipulation and Order filed 5/7/2021:<br>Continue (future hearing) 06/02/2021 08:30 AM Trial Setting Conference to 08/11/2021 at 08:30 AM in Department PS2.<br>Minute entry completed. |
| 05/11/2021 | Notice of Continuance of Trial Setting Conference<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 06/02/2021 | Trial Setting Conference at 8:30 AM in Department PS2 |
| 06/15/2021 | Notice of Reassignment of Department for All Purposes on Complaint |

Registered of Actions
https://public.riverside.courts.ca.gov

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

| Date | Action |
|------|--------|
| | of ALPENGLOW MANAGEMENT GROUP LLC |
| 07/12/2021 | Payment: $20.00, HEAVLIN, ZACHARY, for ALPENGLOW MANAGEMENT GROUP LLC, Receipt: 20210712-00627 |
| 07/20/2021 | Joint Stipulation for Protective Order; Honorable Ronald Johnson Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 07/20/2021 | Payment: $20.00, ALPENGLOW MANAGEMENT GROUP LLC, for ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC, Receipt: 20210720-00198 |
| 07/21/2021 | Payment: $20.00, Connect, Legal, for ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, COACHILLIN HOLDINGS LLC, DICKERSON, KATHERINE, DICKERSON, KENNETH, DICKERSON, KIRSTEN, EN PRIMEUR LLC, INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt: EFM20210721-00359 |
| 07/22/2021 | Amended Joint Stipulation for Protective Order; Order is Granted; Honorable Raquel Marquez Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 07/27/2021 | Notice of Telephonic Appearance for Hearing on Complaint of ALPENGLOW MANAGEMENT GROUP LLC |
| 08/03/2021 | Stip in Advance of TSC Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC, COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 08/03/2021 | Payment: $20.00, Legal, One, for ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, COACHILLIN HOLDINGS LLC, DICKERSON, KATHERINE, DICKERSON, KENNETH, DICKERSON, KIRSTEN, EN PRIMEUR LLC, INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt: EFM20210803-00320 |
| 08/04/2021 | Stipulation and Order in Advance of Trial Setting Conference is Granted; Honorable Raquel A Marquez Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 08/04/2021 | Minute Order: Court Ruling re: |
| 08/04/2021 | Court Ruling re: at 1:08 PM in Department PS2 Honorable Raquel A. |

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

---

| Date | Action |
|------|--------|
| | Marquez, Judge |
| | M. Youngberg, Courtroom Assistant |
| | Court Reporter: None |
| | APPEARANCES: |
| | No Appearances |
| | Pursuant to Stipulation and Order filed 8/4/2021: |
| | Trial Setting Conference () on 08/11/2021 at 08:30 AM vacated. |
| | Jury Trial - Estimated 5 Days set for 04/15/2022 at 08:30 AM in Department PS2. |
| | Parties are ordered to comply with Riverside Local Rule 3401 for all pre-trial and trial orders which are posted on the court's website. Parties are to read and review trial rules located in the courtroom and the court's website. |
| | Minute entry completed. |
| 08/11/2021 | Trial Setting Conference at 8:30 AM in Department PS2 |
| 09/30/2021 | Plaintiff Alpenglow Management Group, LL'S Notice of Motion and Motion to Compel Indian Canyon & 18th Property Owners Association's Further Supplemental Responses to Request for Production on Complaint of ALPENGLOW MANAGEMENT GROUP LLC |
| | Filed By: ALPENGLOW MANAGEMENT GROUP LLC |
| | Against / As To: INDIAN CANYON & 18TH PROPERTY OWNERS |
| 09/30/2021 | Plaintiff Alpenglow Management Groups LLC'S Separate Statement in Support of Motion to Compel Defendant Indian Canyon & 18th property Owners Association's Further Supplemental Responses to Plaintiff's Request for Production, Set One on Complaint of ALPENGLOW MANAGEMENT GROUP LLC |
| | Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 10/01/2021 | Notice of Hearing (eFiling) on on Complaint of ALPENGLOW MANAGEMENT GROUP LLC |
| 10/01/2021 | Payment: $60.00, Connect, Legal, for ALPENGLOW MANAGEMENT GROUP LLC, Receipt: EFM20211001-00441 |
| 10/01/2021 | Plaintiff Alpenglow Management Group, LL'S Notice of Motion and Motion to Compel Indian Canyon & 18th Property Owners Association's Further Supplemental Responses to Request for Production rescheduled from 10/26/2021 at 08:30 AM in Department PS2 to 11/04/2021 at 08:30 AM in Department PS2 |

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

| Date | Action |
|------|--------|
| 10/19/2021 | Notice of Telephonic Appearance for Hearing on Complaint of ALPENGLOW MANAGEMENT GROUP LLC |
| 10/22/2021 | Opposition to Plaintiff Alpenglow Management Group, Inc.'s Motion to Compel Further Supplemental Responses to Requests for Production of Documents on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS |
| 10/22/2021 | Proof of Service re: Opposition to Motion to Compel and Declaration of Meredith P. Montrose by Fed Ex on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS |
| 10/22/2021 | Declaration of Meredith P. Montrose in Support of Opposition to Motion to Compel<br>Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS |
| 10/26/2021 | Motion to Compel Coachillin Energy Company to Comply WITH SUBPOENA FOR BUSINESS RECORDS PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 1987.1 COACHILLIN ENERGY COMPANY TO COMPLY WITH SUBPOENA FOR BUSINESS RECORDS PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 1987.1, Production of Documents on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC<br>Against / As To: COACHILLIN HOLDINGS LLC |
| 10/27/2021 | Proposed Order<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 10/27/2021 | Stipulation and Order to Continue Trial Date is Granted; Honorable Lawrence W Fry<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON<br>Result: Granted |
| 10/27/2021 | Notice of Document Return. |
| 10/27/2021 | Payment: $60.00, Inc., Journal Technologies, for ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC, Receipt: EFM20211027-00035 |
| 10/27/2021 | Motion to Compel Ecomaster Corporation to Comply with Subpoena for Business Reocrds MOTION TO COMPEL ECOMASTER CORPORATION TO COMPLY |

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

| Date | Action |
|------|--------|
| | WITH SUBPOENA FOR BUSINESS RECORDS PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 1987.1, Production of Documents on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC<br>Against / As To: COACHILLIN HOLDINGS LLC |
| 10/27/2021 | Proposed Order (hearing) re: Motion to Compel Subpoena for Business Records on Complaint of ALPENGLOW MANAGEMENT GROUP LLC for hearing on 11/22/2021<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC |
| 10/27/2021 | Proposed Order (hearing) re: Motion to Compel Coachillin Energy Document Production on Complaint of ALPENGLOW MANAGEMENT GROUP LLC for hearing on 11/22/2021<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC |
| 10/27/2021 | Payment: $20.00, Legal, One, for ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, COACHILLIN HOLDINGS LLC, DICKERSON, KATHERINE, DICKERSON, KENNETH, DICKERSON, KIRSTEN, EN PRIMEUR LLC, INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt: EFM20211027-00123 |
| 10/27/2021 | Payment: $60.00, Inc., Journal Technologies, for ALPENGLOW MANAGEMENT GROUP LLC, Receipt: EFM20211027-00384 |
| 10/29/2021 | Notice of Withdrawal of Reservation of Motion to Compel Further Supplemental Responses to Requests for Production of Documents<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC |
| 11/01/2021 | Payment: $2.00, WOOD SMITH HENNING & BERMAN LLP, for ALPENGLOW MANAGEMENT GROUP LLC, Receipt: 20211101-00375 |
| 11/04/2021 | Plaintiff Alpenglow Management Group, LL'S Notice of Motion and Motion to Compel Indian Canyon & 18th Property Owners Association's Further Supplemental Responses to Request for Production at 8:30 AM in Department PS2 |
| 11/04/2021 | Hearing re: Motion to Compel at 8:30 AM in Department PS2 |
| 11/08/2021 | Notice of Telephonic Appearance for Hearing on Complaint of ALPENGLOW MANAGEMENT GROUP LLC |
| 11/08/2021 | NON-PARTY ECOMASTER CORPORATIONS OPPOSITION TO PLAINTIFFS ALPENGLOW MANAGEMENT GROUP, BRIGHTSIDE ESTATE HOLDINGS, AND EN PRIMEUR, LLCS MOTION TO COMPEL ECOMASTER CORPORATION TO COMPLY WITH SUBPOENA FOR BUSINESS RECORDS PURSUANT TO CODE OF CIVIL PROCEDUR on Complaint of ALPENGLOW MANAGEMENT GROUP LLC |

PAGE: 17

Register of Actions

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

| Date | Action |
|---|---|
| | Filed By: COACHILLIN ENERGY COMPANY |
| 11/08/2021 | NON-PARTY ECOMASTER CORPORATIONS OPPOSITION TO PLAINTIFFS ALPENGLOW MANAGEMENT GROUP, BRIGHTSIDE ESTATE HOLDINGS, AND EN PRIMEUR, LLCS MOTION TO COMPEL ECOMASTER CORPORATION TO COMPLY WITH SUBPOENA FOR BUSINESS RECORDS PURSUANT TO CODE OF CIVIL PROCEDUR on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: ECOMASTER CORPORATION |
| 11/08/2021 | Declaration of KRISTOPHER S. DAVIS IN SUPPORT OF NON-PARTY COACHILLIN ENERGY COMPANYS OPPOSITION TO PLAINTIFFS ALPENGLOW MANAGEMENT GROUP, BRIGHTSIDE ESTATE HOLDINGS, AND EN PRIMEUR, LLCS MOTION TO COMPEL COACHILLIN ENERGY COMPANY TO COMPLY WITH SUBPOEN<br>Filed By: COACHILLIN ENERGY COMPANY |
| 11/08/2021 | Declaration of KRISTOPHER S. DAVIS IN SUPPORT OF NON-PARTY ECOMASTER CORPORATIONS OPPOSITION TO PLAINTIFFS ALPENGLOW MANAGEMENT GROUP, BRIGHTSIDE ESTATE HOLDINGS, AND EN PRIMEUR, LLCS MOTION TO COMPEL ECOMASTER CORPORATION TO COMPLY WITH SUBPOENA FOR BU<br>Filed By: ECOMASTER CORPORATION |
| 11/16/2021 | Notice of Withdrawal of Reservation of Motions<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 11/16/2021 | Notice of Document Return. |
| 11/22/2021 | Hearing re: Motion to Compel: Production of Documents COACHILLIN ENERGY COMPANY TO COMPLY WITH SUBPOENA FOR BUSINESS RECORDS PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 1987.1 by ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC at 8:30 AM in Department PS2 |
| 11/22/2021 | Hearing re: Motion to Compel: Production of Documents MOTION TO COMPEL ECOMASTER CORPORATION TO COMPLY WITH SUBPOENA FOR BUSINESS RECORDS PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 1987.1 by ALPENGLOW MANAGEMENT GROUP LLC at 8:30 AM in Department PS2 |
| 12/09/2021 | Motion for Sanctions Pursuant to CAL Code CIV.PRO. 2023.030 on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS |
| 12/09/2021 | Proposed Order (hearing) re: Motion for Sanctions on Complaint of ALPENGLOW MANAGEMENT GROUP LLC for hearing on 01/28/2022<br>Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS |

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

Date      Action

12/09/2021 Declaration of Meredith P. Montrose in Support of Motion for
           Sanctions
           Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS

12/09/2021 Proof of Service by Electronic Service (non-complaint) of Motion for
           Sanctions / Declaration / Proposed Order on Complaint of ALPENGLOW
           MANAGEMENT GROUP LLC
           Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS
           Against / As To: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE
           HOLDINGS LLC, EN PRIMEUR LLC

12/13/2021 Payment: $60.00, Legal, One, for INDIAN CANYON & 18TH PROPERTY
           OWNERS, Receipt: EFM20211213-00183

01/14/2022 Notice of Telephonic Appearance for Hearing on Complaint of
           ALPENGLOW MANAGEMENT GROUP LLC

01/14/2022 Opposition TO DEFENDANT INDIAN CANYON 18TH PROPERTY OWNERS
           ASSOCIATION'S MOTION FOR SANCTIONS PURSUANT TO CAL. CODE CIV. PRO.
           2023.030, AND PLAINTIFF'S REQUEST FOR ATTORNEY'S FEES IN THE AMOUNT
           OF 2,800.00; on Complaint of ALPENGLOW MANAGEMENT GROUP LLC
           Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS
           LLC, EN PRIMEUR LLC

01/14/2022 Declaration of TARIK MUHTASEB IN SUPPORT OF PLAINTIFF ALPENGLOW
           MANAGEMENT GROUP, LLC'S, OPPOSITION TO DEFENDANT INDIAN CANYON 18TH
           PROPERTY OWNERS ASSOCIATION'S MOTION FOR SANCTIONS PURSUANT TO CAL.
           CODE CIV. PRO. 2023.030
           Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS
           LLC, EN PRIMEUR LLC

01/18/2022 Payment: $1.85, Connect, Legal, for ALPENGLOW MANAGEMENT GROUP LLC,
           BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC, Receipt:
           EFM20220118-00019

01/21/2022 Defendant Indian Canyon & 18th Property Owners Association's Reply
           in Support of Motion for Sanctions Pursuant to Cal. Code Civ. Pro.
           2023.030 on Complaint of ALPENGLOW MANAGEMENT GROUP LLC
           Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS

01/21/2022 Proof of Service on Complaint of ALPENGLOW MANAGEMENT GROUP LLC
           Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS
           Against / As To: ALPENGLOW MANAGEMENT GROUP LLC

01/21/2022 Payment: $1.85, Legal, One, for INDIAN CANYON & 18TH PROPERTY
           OWNERS, Receipt: EFM20220121-01237

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

| Date | Action |
|------|--------|
| 01/28/2022 | Order Appointing Court Approved Reporter as Official Reporter Pro Tempore<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 01/28/2022 | Minute Order: Hearing re: Motion for Sanctions by INDIAN CANYON & 18TH PROPERTY OWNERS |
| 01/28/2022 | Hearing re: Motion for Sanctions by INDIAN CANYON & 18TH PROPERTY OWNERS at 8:30 AM in Department PS2 Honorable Ronald Johnson, Judge M. Youngberg, Courtroom Assistant<br>Court Reporter Pro Tem Jane Hong Elsey, Court Reporter<br>APPEARANCES:<br>ALPENGLOW MANAGEMENT GROUP LLC [PLA], BRIGHTSIDE ESTATE HOLDINGS LLC [PLA], EN PRIMEUR LLC [PLA] represented by Ashley Beagle and Tarik Muhtaseb telephonically.<br>COACHILLIN HOLDINGS LLC [DEF], DICKERSON, KENNETH [DEF], INDIAN CANYON & 18TH PROPERTY OWNERS [DEF], DICKERSON, KIRSTEN [DEF], DICKERSON, KATHERINE [DEF] represented by Meredith Montrose telephonically.<br>This matter is being live streamed for public access<br>Motion by Defendants regarding Motion for Sanctions is called for hearing.<br>Counsel presents argument.<br>Court makes the following order(s):<br>Tentative ruling shall become the ruling of the court.<br>Defendant Indian Canyon & 18th Property Owners' Motion for Sanctions is Granted and sanctions are awarded pursuant to CCP 2023.030.<br>The Court finds that twelve (12) hours is the appropriate time expended and therefore awards sanctions in the amount of $4080.00.<br>Notice to be given by Counsel for Defendant. |
| 02/02/2022 | Notice of Ruling re: Defendant Indian Canyon & 18th Property Owners Association's Motion for Sanctions Pursuant to Cal. Code Civ. Proc. Sect. 2023.030 on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS |
| 02/02/2022 | Proof of Service by Electronic Service (non-complaint) of Notice of Ruling on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS<br>Against / As To: ALPENGLOW MANAGEMENT GROUP LLC |

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

---

| Date | Action |
|------|--------|
| 02/02/2022 | Payment: $1.85, Legal, One, for INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt: EFM20220202-01087 |
| 02/18/2022 | Defendants' notice of Motion and Motion for Summary Judgment and/or Summary Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 02/18/2022 | Declaration of Caroline G. Massey in Support of Defendants' Notice of Motion for Summary Judgment and/or Summary Adjudication Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 02/18/2022 | Separate Statement of Undisputed Material Facts in Support of Defendants' Notice Motion for Summary Judgment and/or Summary Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 02/18/2022 | Defendants' Request for Judicial Notice in Support of Motion for Summary Judgment and/or Summary Adjudication Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 02/22/2022 | Payment: $1.85, Legal, One, for COACHILLIN HOLDINGS LLC, DICKERSON, KATHERINE, DICKERSON, KENNETH, DICKERSON, KIRSTEN, INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt: EFM20220222-00268 |
| 02/22/2022 | Payment: $500.00, Legal, One, for COACHILLIN HOLDINGS LLC, DICKERSON, KATHERINE, DICKERSON, KENNETH, DICKERSON, KIRSTEN, INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt: EFM20220222-00268 |
| 02/22/2022 | Proposed Order (hearing) re: Motion for Summary Judgment and/or Summary Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC for hearing on 06/02/2022 Filed By: COACHILLIN ENERGY COMPANY |
| 02/22/2022 | Proof of Service re: Motion for Summary Judgment and/or Summary Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 02/23/2022 | Proof of Hand Delivery re: Motion for Summary Judgment and/or Summary Adjudication / Proposed Order; Proof of Service on Complaint of ALPENGLOW MANAGEMENT GROUP LLC Filed By: COACHILLIN ENERGY COMPANY |

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

Date      Action

02/24/2022  Payment: $1.85, Legal, One, for COACHILLIN ENERGY COMPANY,
            COACHILLIN HOLDINGS LLC, DICKERSON, KATHERINE, DICKERSON, KENNETH,
            DICKERSON, KIRSTEN, INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt:
            EFM20220224-00497

02/28/2022  Payment: $1.85, Legal, One, for COACHILLIN ENERGY COMPANY, Receipt:
            EFM20220228-00130

03/02/2022  Ex Parte Hearing re: Order Shortening Time to Hear Defendants'
            Motion for Summary Judgment and/or Summary Adjudication at 8:30 AM
            in Department PS2

03/04/2022  Motion for Summary Judgment or in the Alternative Summary
            Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC
            Filed By: ALPENGLOW MANAGEMENT GROUP LLC

03/04/2022  Declaration of Fletcher Groff in support of Plaintiff's Motion for
            Summary Judgment or in the Alternative Motion for Summary
            Adjudication
            Filed By: ALPENGLOW MANAGEMENT GROUP LLC

03/04/2022  Separate Statement in support of Plaintiff's Motion for Summary
            Judgment, or in the Alternative Summary Adjudication on Complaint of
            ALPENGLOW MANAGEMENT GROUP LLC
            Filed By: ALPENGLOW MANAGEMENT GROUP LLC

03/04/2022  Compendium of Exhibit in support of Plaintiff's Motion for Summary
            Judgment or in the Alternative Motion for Summary Adjudication
            Filed By: ALPENGLOW MANAGEMENT GROUP LLC

03/07/2022  Payment: $1.85, Inc., Journal Technologies, for ALPENGLOW MANAGEMENT
            GROUP LLC, Receipt: EFM20220307-00625

03/07/2022  Payment: $500.00, Inc., Journal Technologies, for ALPENGLOW
            MANAGEMENT GROUP LLC, Receipt: EFM20220307-00625

03/08/2022  Proposed Order
            Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS
            LLC, EN PRIMEUR LLC

03/08/2022  Notice of Withdrawal of Dec of Fletcher Groff in support of
            Plaintiff's motion for summary judgment or in the alternative motion
            for summary adjudication
            Filed By: ALPENGLOW MANAGEMENT GROUP LLC

03/08/2022  Notice of Withdrawal of Compendium of Exhibits in Support of Motion
            for Summary Judgment
            Filed By: ALPENGLOW MANAGEMENT GROUP LLC

Registers of Actions

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

| Date | Action |
|---|---|
| 03/08/2022 | Notice of Document Return. |
| 03/08/2022 | Proposed Order (hearing) re: GRANTING PLAINTIFFS ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, AND EN PRIMEUR, LLC'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION on Complaint of ALPENGLOW MANAGEMENT GROUP LLC for hearing on 05/19/2022<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC |
| 03/08/2022 | Payment: $1.85, Inc., Journal Technologies, for ALPENGLOW MANAGEMENT GROUP LLC, Receipt: EFM20220308-00486 |
| 03/08/2022 | Payment: $1.85, Inc., Journal Technologies, for ALPENGLOW MANAGEMENT GROUP LLC, Receipt: EFM20220308-00647 |
| 03/08/2022 | Payment: $1.85, Inc., Journal Technologies, for ALPENGLOW MANAGEMENT GROUP LLC, Receipt: EFM20220308-00682 |
| 03/17/2022 | Defendants Notice of Exparte Application for a Continuance of the Trial and Related Dates on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 03/17/2022 | Caroline G. Massey in Support of Defendants Exparte Application for a Continuance of the Trial and Related Dates<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 03/17/2022 | Payment: $1.85, Legal, One, for COACHILLIN HOLDINGS LLC, DICKERSON, KATHERINE, DICKERSON, KENNETH, DICKERSON, KIRSTEN, INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt: EFM20220317-00837 |
| 03/17/2022 | Payment: $60.00, Legal, One, for COACHILLIN HOLDINGS LLC, DICKERSON, KATHERINE, DICKERSON, KENNETH, DICKERSON, KIRSTEN, INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt: EFM20220317-00837 |
| 03/17/2022 | Ex Parte Hearing re: to Continue Trial by COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON rescheduled from 03/18/2022 at 08:30 AM in Department PS2 to 03/21/2022 at 08:30 AM in Department PS2 This matter is being live streamed for public access. |
| 03/17/2022 | Proposed Order (hearing) re: Ex Parte Application on Complaint of ALPENGLOW MANAGEMENT GROUP LLC for hearing on 03/21/2022<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

Date        Action

03/17/2022  Proof of Service re: Ex Parte Application; Declaration; Proposed
            Order on Complaint of ALPENGLOW MANAGEMENT GROUP LLC
            Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON
            & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON

03/17/2022  Payment: $1.85, Legal, One, for COACHILLIN HOLDINGS LLC, DICKERSON,
            KATHERINE, DICKERSON, KENNETH, DICKERSON, KIRSTEN, INDIAN CANYON &
            18TH PROPERTY OWNERS, Receipt: EFM20220317-01010

03/17/2022  Defendant's Amended Notice of Ex Parte Application on Complaint of
            ALPENGLOW MANAGEMENT GROUP LLC
            Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON
            & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON

03/17/2022  Proof of Service re: Amended Notice of Ex Parte Application on
            Complaint of ALPENGLOW MANAGEMENT GROUP LLC
            Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON
            & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON

03/17/2022  Payment: $1.85, Legal, One, for COACHILLIN HOLDINGS LLC, DICKERSON,
            KATHERINE, DICKERSON, KENNETH, DICKERSON, KIRSTEN, INDIAN CANYON &
            18TH PROPERTY OWNERS, Receipt: EFM20220317-01594

03/21/2022  Minute Order: Ex Parte Hearing re: to Continue Trial by COACHILLIN
            HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY
            OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON

03/21/2022  Ex Parte Hearing re: to Continue Trial by COACHILLIN HOLDINGS LLC,
            KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN
            DICKERSON, KATHERINE DICKERSON at 8:30 AM in Department PS2
            Honorable Ronald Johnson, Judge
            G. Voorhis, Courtroom Assistant
            Court Reporter: None
            APPEARANCES:
            DINSMORE & SHOHL LLP is present Telephonically, Caroline Massey and
            Meredith Montrose representing defendant
            WOOD SMITH HENNING & BERMAN LLP is present Telephonically, Ashley
            Beagle representing plaintiff
            This matter is being live streamed for public access.
            Court inquires of counsel regarding Ex Parte.
            Court and counsel confer regarding Trial date.
            Court makes the following order(s):
            Continue (future hearing) 06/03/2022 08:30 AM Jury Trial to 10/07/22
            at 08:30 AM in Department PS2.

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

| Date | Action |
|------|--------|

Reason for Continuance: Per stipulation.
All trial dates to be related to be in accordance with the new trial
date.
Notice waived.

03/29/2022   Proof of Service re: Motion for Summary Judgment or in the
Alternative and supporting documents on Complaint of ALPENGLOW
MANAGEMENT GROUP LLC
Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS
LLC, EN PRIMEUR LLC

03/30/2022   Payment: $1.85, Connect, Legal, for ALPENGLOW MANAGEMENT GROUP LLC,
BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC, Receipt:
EFM20220330-00534

04/06/2022   Hearing re: Motion to Continue June 3, 2022 Trial Date at 8:30 AM in
Department PS2

04/07/2022   Motion for Sanctions for Violation of the Protective Order on
Complaint of ALPENGLOW MANAGEMENT GROUP LLC
Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS

04/07/2022   Proof of Service re: Motion for Sanctions and Declaration of
Montrose ISO Motion for Sanctions / Declaration on Complaint of
ALPENGLOW MANAGEMENT GROUP LLC
Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS

04/07/2022   Declaration of Meredith P. Montrose in Support of Motion for
Sanctions
Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS

04/08/2022   Payment: $60.00, Legal, One, for INDIAN CANYON & 18TH PROPERTY
OWNERS, Receipt: EFM20220408-00528

04/08/2022   Payment: $1.85, Legal, One, for INDIAN CANYON & 18TH PROPERTY
OWNERS, Receipt: EFM20220408-00528

04/15/2022   Jury Trial at 8:30 AM in Department PS2

04/25/2022   Notice of Non-Receipt of Opposition to Motion for Sanctions
Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS

04/25/2022   Proof of Service re: Defendant Indian Canyon's Notice of Non-Receipt
of Opposition to Motion for Sanctions on Complaint of ALPENGLOW
MANAGEMENT GROUP LLC
Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS

Register of Actions ... courts.ca.gov

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

| Date | Action |
|------|--------|
| 04/26/2022 | Stipulation to Continue Hearing on Defendant's Motion for Sanctions for Violation of the Protective Order; Order on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 04/26/2022 | Payment: $20.00, Connect, Legal, for ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC, Receipt: EFM20220426-00385 |
| 04/26/2022 | Payment: $1.85, Connect, Legal, for ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC, Receipt: EFM20220426-00385 |
| 04/26/2022 | Payment: $1.85, Legal, One, for INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt: EFM20220426-00405 |
| 04/26/2022 | Hearing re: Motion for Sanctions by INDIAN CANYON & 18TH PROPERTY OWNERS rescheduled from 05/02/2022 at 08:30 AM in Department PS2 to 05/19/2022 at 08:30 AM in Department PS2<br>Counsel presents argument. |
| 05/02/2022 | Defendants Opposition to Plaintiffs Motion for Summary Judgment and/or Summary Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 05/02/2022 | Defendants Responses to Plaintiff's Facts and Supporting Evidence in Support of Plaintiffs Motion for Summary Judgment or in the Alternative, Summary Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 05/02/2022 | Proof of Service by Electronic Service (non-complaint) of Opposition to MSJ / Responses on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON<br>Against / As To: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 05/02/2022 | Hearing re: Motion for Sanctions at 8:30 AM in Department PS2 |
| 05/02/2022 | Payment: $1.85, Legal, One, for COACHILLIN HOLDINGS LLC, DICKERSON, KATHERINE, DICKERSON, KENNETH, DICKERSON, KIRSTEN, INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt: EFM20220502-01585 |

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

Date      Action

05/03/2022  Payment: $1.85, Legal, One, for COACHILLIN HOLDINGS LLC, DICKERSON,
            KATHERINE, DICKERSON, KENNETH, DICKERSON, KIRSTEN, INDIAN CANYON &
            18TH PROPERTY OWNERS, Receipt: EFM20220503-00168

05/05/2022  Opposition TO DEFENDANT INDIAN CANYON 18TH PROPERTY OWNERS
            ASSOCIATION'S MOTION FOR SANCTIONS FOR VIOLATION OF THE PROTECTIVE
            ORDER on Complaint of ALPENGLOW MANAGEMENT GROUP LLC
            Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS
            LLC, EN PRIMEUR LLC

05/06/2022  Payment: $1.85, Connect, Legal, for ALPENGLOW MANAGEMENT GROUP LLC,
            BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC, Receipt:
            EFM20220506-00359

05/09/2022  Notice OF WITHDRAWAL OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR
            SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY
            ADJUDICATION
            Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS
            LLC, EN PRIMEUR LLC

05/10/2022  Payment: $1.85, Connect, Legal, for ALPENGLOW MANAGEMENT GROUP LLC,
            BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC, Receipt:
            EFM20220510-01302

05/12/2022  Defendant Indian Canyon & 18th Property Owners Association's Reply
            in Support of Motion for Sanctions for Violation of the Protective
            Order on Complaint of ALPENGLOW MANAGEMENT GROUP LLC
            Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS

05/12/2022  Proof of Service re: Defendant Indian Canyon's Reply ISO Motion for
            Sanctions on Complaint of ALPENGLOW MANAGEMENT GROUP LLC
            Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS

05/12/2022  Payment: $1.85, Legal, One, for INDIAN CANYON & 18TH PROPERTY
            OWNERS, Receipt: EFM20220512-01019

05/13/2022  SUR-REPLY TO DEFENDANT INDIAN CANYON 18TH PROPERTY OWNERS
            ASSOCIATION'S MOTION FOR SANCTIONS FOR VIOLATION OF THE PROTECTIVE
            ORDER on Complaint of ALPENGLOW MANAGEMENT GROUP LLC
            Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS
            LLC, EN PRIMEUR LLC

05/16/2022  Notice of Reassignment of Department for All Purposes on Complaint
            of ALPENGLOW MANAGEMENT GROUP LLC

05/16/2022  Payment: $1.85, Connect, Legal, for ALPENGLOW MANAGEMENT GROUP LLC,
            BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC, Receipt:

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

| Date | Action |
|------|--------|
| | EFM20220516-00067 |
| 05/18/2022 | Plaintiffs Alpenglow Management Group, Brightside Estate Holdings, LLC and Primeur, LLC's Notice of Motion and Motion for Summary Judgment, or in the Alternative, Motion for Summary Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 05/18/2022 | Declaration of Christian Groff in Support of Motion for Summary Judgment<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 05/18/2022 | Declaration of Keith E. Smith in Support of Plaintiffs Motion for Summary Judgment, or in the Alternative, Motion for Summary Adjudication<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 05/18/2022 | Declaration of Fletcher Groff in Support of Motion for Summary Judgment<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 05/18/2022 | Separate Statement in Support of Plaintiff's Motion for Summary Judgment, or in the Alternative, Motion for Summary Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 05/18/2022 | Compendium of Exhibits in Support of Plaintiffs Motion for Summary Judgment or in the Alternative Motion for Summary Adjudication<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 05/18/2022 | Proposed Order (hearing) re: Granting Plaintiffs Alpenglow Management Group LLC, Brightside Estate holdings LLC, and En Primeur, LLC's Motion for Summary Judgment on Complaint of ALPENGLOW MANAGEMENT GROUP LLC for hearing on 08/01/2022<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 05/19/2022 | Opposition TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS |

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

| Date | Action |
|------|--------|
| | LLC, EN PRIMEUR LLC |
| 05/19/2022 | Objection(s) to EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND OR SUMMARY ADJUDICATION on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 05/19/2022 | Declaration of KEITH E. SMITH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ANDOR MOTION FOR SUMMARY ADJUDICATION<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 05/19/2022 | Response to DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ANDOR SUMMARY ADJUDICATION AND PLAINTIFFS ADDITIONAL DISPUTED MATERIAL FACTS on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 05/19/2022 | COMPENDIUM OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND OR SUMMARY ADJUDICATION<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 05/19/2022 | Declaration of CHRISTIAN GROFF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ANDOR SUMMARY ADJUDICATION<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 05/19/2022 | Declaration of FLETCHER GROFF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ANDOR SUMMARY ADJUDICATION<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 05/19/2022 | Hearing on Motion for Summary Judgment or in the Alternative Summary Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC by ALPENGLOW MANAGEMENT GROUP LLC at 8:30 AM in Department PS2 |
| 05/19/2022 | Minute Order: Hearing re: Motion for Sanctions by INDIAN CANYON & 18TH PROPERTY OWNERS |
| 05/19/2022 | Hearing re: Motion for Sanctions by INDIAN CANYON & 18TH PROPERTY OWNERS at 8:30 AM in Department PS2 Honorable Ronald Johnson, Judge G. Voorhis, Courtroom Assistant |

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

Date       Action

           Court Reporter: None
           APPEARANCES:
           DINSMORE & SHOHL LLP is present Telephonically, Meredith Montrose
           representing defgendants
           WOOD SMITH HENNING & BERMAN LLP is present Telephonically, Ashley
           Beagle representing plaintiff
           Court inquires of counsel regarding tentative ruling.
           Counsel presents argument.
           Court makes the following order(s):
           Tentative ruling shall become the ruling of the court.
           Motion for Sanctions by INDIAN CANYON & 18TH PROPERTY OWNERS is
           granted.
           The motion for sanctions by the Defendant Indian Canyon & 18th
           Property Owners Association is sustained and is granted in the sum
           of $2,000.00.

           Said Defendant's motion for evidentiary sanctions is granted and the
           Plaintiff is barred from re-filing the withdrawn declaration of
           Fletcher Groff and the exhibits attached thereto containing the
           confidential documents at issue. Said Fletcher Groff is also barred
           from presenting any testimony related to said confidential
           documents.

05/19/2022 Payment: $500.00, Connect, Legal, for ALPENGLOW MANAGEMENT GROUP
           LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC, Receipt:
           EFM20220519-00356

05/19/2022 Payment: $1.85, Connect, Legal, for ALPENGLOW MANAGEMENT GROUP LLC,
           BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC, Receipt:
           EFM20220519-00356

05/19/2022 Proposed Order (hearing) re: PLAINTIFFS ALPENGLOW MANAGEMENT GROUP
           LLC, BRIGHTSIDE ESTATE HOLDINGS LLC AND EN PRIMEUR, LLC'S OBJECTIONS
           TO EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
           ANDOR SUMMARY ADJUDICATION on Complaint of ALPENGLOW MANAGEMENT
           GROUP LLC for hearing on 06/02/2022
           Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS
           LLC, EN PRIMEUR LLC

05/20/2022 Payment: $1.85, Connect, Legal, for ALPENGLOW MANAGEMENT GROUP LLC,
           BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC, Receipt:
           EFM20220520-01827

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

| Date | Action |
|------|--------|
| 05/25/2022 | Notice of Ruling re: Defendant Motion for Sanctions for Violation of Protective Order on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 05/25/2022 | Proof of Service re: Notice of Ruling re Motion for Sanctions on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 05/25/2022 | Payment: $1.85, Legal, One, for COACHILLIN HOLDINGS LLC, DICKERSON, KATHERINE, DICKERSON, KENNETH, DICKERSON, KIRSTEN, INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt: EFM20220525-01497 |
| 05/27/2022 | Defendant's Reply in Support of Motion for Summary Judgment and/or Summary Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 05/27/2022 | Separate Statement of Material Facts: In Support of Defendant's Reply in Support of it's Motion for Summary Judgment and/or Summary Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 05/27/2022 | Defendants Objections to Plaintiffs Evidence in Opposition to Defendants Motion for Summary Judgment and/or Summary Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 05/27/2022 | Proof of Service by Electronic Service (non-complaint) of Defendants' Reply, Separate Statement, Objections to Evidence, and Proposed Order on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON<br>Against / As To: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 05/31/2022 | Payment: $1.85, Legal, One, for COACHILLIN HOLDINGS LLC, DICKERSON, KATHERINE, DICKERSON, KENNETH, DICKERSON, KIRSTEN, INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt: EFM20220531-00115 |
| 05/31/2022 | Proposed Order (hearing) re: Order on Defendants' Objections to Plaintiff's Evidence in Opposition to Defendants' Motion for Summary Judgment on Complaint of ALPENGLOW MANAGEMENT GROUP LLC for hearing on 06/02/2022 |

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

| Date | Action |
|------|--------|
| | Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 05/31/2022 | Payment: $1.85, Legal, One, for COACHILLIN HOLDINGS LLC, DICKERSON, KATHERINE, DICKERSON, KENNETH, DICKERSON, KIRSTEN, INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt: EFM20220531-00639 |
| 06/02/2022 | Clerk's Certificate of Mailing on Complaint of ALPENGLOW MANAGEMENT GROUP LLC |
| 06/02/2022 | Minute Order: Hearing on Motion for Summary Judgment on Complaint of ALPENGLOW MANAGEMENT GROUP LLC by COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 06/02/2022 | Hearing on Motion for Summary Judgment on Complaint of ALPENGLOW MANAGEMENT GROUP LLC by COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON at 8:30 AM in Department PS2 Honorable Manuel Bustamante, Judge<br>M. Youngberg, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>Pursuant to CRC 3. 1308 and Local Rule 3316 and No Request for Oral Argument having been made:<br>Tentative ruling shall become the ruling of the court.<br>Motion for Summary Judgment is denied.<br>Defendants' Motion for Summary Judgment on Complaint of Plaintiffs is Denied in its entirety.<br><br>Defendants' Requests for Judicial Notice, Nos. 1-5:<br>1. Nos. 1-5 - Granted.<br>Judicial notice is granted as to Defendants' requests 1-5 only to extent documents exist as part of the court record or file and not accepted as true the matters stated (Evid. Code, §452(d)). The court cannot take judicial notice of the truth of hearsay statements in a document unless an exception to the hearsay rule applies (People v. Woodell (1998) 17 Cal.4th 448, 455).<br><br>Plaintiff's Evidentiary Objections, Nos. 1-12:<br>1. Nos. 1-5 (objections to Defendants' Request for Judicial Notice) |

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

| Date | Action |
|------|--------|

- Overruled as discussed above.
2. Nos. 6, 7, 8, 9, 10, 11, and 12 – Sustained as discussed above.
Defendants' Evidentiary Objections, Nos. 1-4:
1. Nos. 1-4 (objections to Plaintiff's Evidence Supported in
Opposition) – Sustained.
Summary judgment is granted when a moving party establishes the
right to entry of judgment on a particular cause of action as a
matter of law. (Code of Civ. Proc., § 437c(c). A defendant moving
for summary judgment bears the initial burden of proving that there
is no merit to a cause of action by showing that one or more
elements of the cause of action cannot be established or that there
is a complete defense to that cause of action. (Code of Civ. Proc.,
§ 437c; Cucuzza v. City of Santa Clara (2002) 104 Cal.App.4th 1031,
1037.) Once the defendant has made such a showing, the burden shifts
to the plaintiff to show that a triable issue of one or more
material facts exists as to that cause of action or as to a defense
to the cause of action. (Aguilar v. Atlantic Richfield Co. (2001) 25
Cal.4th 826, 849.) If the plaintiff does not make such a showing,
summary judgment in favor of the defendant is appropriate. "The
purpose of the summary judgment procedure is not to try the issues
but merely to discover … whether the parties possess evidence which
demands the analysis of trial." (Colvin v. City of Gardena (1992) 11
Cal.App.4th 1270, 1275.) Summary judgment can be granted only where
the essential facts are either conceded or beyond dispute. If there
is one, single material fact in dispute, the motion must be denied.

Defendants argue in their motion that they are entitled to summary
judgment as a matter of law because undisputed facts show that there
is no triable issue of material facts as the purchase agreements and
the CC&Rs permit assessment of property associations fees, which
were properly assessed against the lots belonging to Alpenglow and
Brightside. Defendants argue that foreclosure proceedings have
commenced against the lots in accordance with the governing
statutes.

Plaintiffs' claims against Defendants are based on the allegations
that Defendants are seeking to foreclose on liens based on
underlying fees which were excessive and unlawful in breach of the
purchase agreements and the CC&Rs, and the representations made by
Defendant before close of escrow. Plaintiffs dispute the amount of
assessment, alleging that the assessed fees include the cost to

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

Date          Action

construct initial infrastructure and common areas, which were the
sole responsibility of Defendant. Defendants have failed to meet
their initial burden of producing evidence contrary to Plaintiffs'
allegations.

Lack of Standing against Plaintiff En Primeur, LLC – Defendants
argue that Plaintiff En Primeur has no standing against Defendants
as to any of the causes of action because it reassigned its interest
in Lot 13 to Plaintiff Alpenglow at some point, and hence it has no
beneficial interest in the lot with standing to pursue the instant
action. Plaintiffs allege that from January 2018 to March 2019, En
Primeur paid thousands of dollars in assessments and charges issued
by Defendant Indian Canyon along with other carrying costs (PMF No.
107-108). Defendants' only evidence is the allegation from
Plaintiffs' Complaint. (SUF, ¶ 12.) The Complaint alleges that in
October 2017, Alpenglow assigned the interest to En Primeur, which
was reassigned to Alpenglow on an unspecified date. (Complaint, ¶
34.) The Complaint also alleges that the assessments at issue were
implemented from 2018 through present. (Complaint, ¶ 43.) Defendants
do not present evidence showing that En Primeur held no interest
during the time the assessment at issue were levied against the lot
and that it has not been affected and sustained any damages at all
as a result of the alleged wrongful conducts by Defendants.

1st COA (Breach of Written Contract against Coachillin and Kenneth
Dickerson) - The elements of a cause of action for breach of
contract are (1) the existence of the contract, (2) plaintiff's
performance or excuse for nonperformance, (3) defendant's breach,
and (4) the resulting damages to the plaintiff. (Miles v. Deutsche
Bank National Trust Co. (2015) 236 Cal.App.4th 394, 402.) Plaintiffs
allege that these Defendants breached the agreements by failing to
provide the finished lots, failing to complete the infrastructure
and common area work at their sole cost and expense, failing to
complete the Development, and by demanding assessments and fees for
items that Defendants were required to perform at their own expense.
(Complaint, ¶ 80.) Plaintiffs' Complaint alleges, and attaches as
Exhibits the copies of the purchase agreements for the lots
purchased by Plaintiff. Each agreement incorporates a copy of the
Tentative Parcel Map No. 37158. Defendants present no evidence
showing that finished lots were delivered as illustrated in the
Tentative Parcel Map. Also, Defendants provide no evidence to negate

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

Date         Action

Plaintiffs' allegations that the cost to construct initial
infrastructure and common areas were the sole responsibility of
Coachillin at its sole expense and that these costs have been
improperly assessed against the lots as association charges or
special assessments, which caused the delinquency resulting in
foreclosure proceedings to commence against the lots. The only
evidence presented by Defendants are declarations stating that the
association fees charged to Plaintiffs were properly charged
pursuant to the Agreements and CC&Rs and that the fees cover only
Plaintiffs' proportionate share. (See Plaintiff's Separate Statement
of Undisputed Material Facts ["SUF"], ¶¶ 25, 28-30.) Plaintiff's
allegation and Defendant's offer of proportionate share charges in
association fees are in direct conflict and thus present a triable
issue for a trier of fact.

2nd COA (Breach of Implied Covenant of Good Faith and Fair Dealing
against Coachillin and Kenneth Dickerson) - Plaintiffs allege that
Defendants are in breach of material terms of their agreement to
purchase. Specifically, failing to pay for all required
infrastructure costs for the Development, failing to provide the
Strom Water Pollution Prevention Plan Master Water Quality
Management Plan, drainage channels, retention basins, curbs, which
Plaintiffs were not contractually obligated to pay, and demanding
payment of unlawful charges and assessments, and recording liens and
seeking to foreclose upon Lot 18. (Complaint, ¶ 85.) For this cause
of action as well, Defendants provide no admissible evidence that is
contrary to Plaintiffs' allegations.

3rd COA (Breach of Fiduciary Duty against Indian Canyon, Kirsten and
Katherine Dickerson) - Plaintiffs allege that Indian Canyon, as the
Property Owners Association (POA) for the Development, and Kirsten
and Katherine Dickerson, as the officers for the POA, owed fiduciary
duties to the association members, including Plaintiff. (Complaint,
¶ 88.) Plaintiffs allege that they violated the fiduciary duties
"when it permitted, agreed, acquiesced, and conspired with Dickerson
and Coachillin to so dominate and control Indian Canyon's affairs
such that Indian Canyon levied excessive, unreasonable and improper
assessments on lot owners, including Plaintiff…." (Complaint, ¶ 89.)
Plaintiffs also allege in PMF Nos 92-102 that all Defendants
breached their fiduciary duty by serving roles in multiple
intertwined businesses and failing to disclose these business

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

Date        Action

relationships to Plaintiffs. Defendants offer declarations stating
that Kirsten and Katherine Dickerson, in their roles as members of
the board of directors of the POA, acted within the scope of the
CC&Rs. (SUF, ¶ 47.) For this cause of action as well, Defendants
provide no admissible evidence in support of the above conclusory
statement.

4th COA (Breach of Fiduciary Duty against Kenneth Dickerson and
Coachillin) – Again, Plaintiffs allege that Kenneth Dickerson, as a
board member of Indian Canyon and as the Declarant in the CC&Rs, and
Coachillin owed fiduciary duties to members of the association.
(Complaint, ¶ 93.) It is alleged that they violated these fiduciary
duties "when they so interfered with and controlled Indian Canyon by
demanding that Indian Canyon levy excessive, unreasonable and
improper assessments on low owners." (Complaint, ¶ 94.) Defendants
offer declaration stating that Plaintiffs cannot assert this cause
of action against these Defendants because they are not officers of
the POA and are not property owners' association. (SUF, ¶ 46.)
However, the declaration does not negate the allegation that Kenneth
Dickerson is a board member, Plaintiffs are members of the
association that are owed a fiduciary duty, and that these
Defendants did not interfere with and controlled Indian Canyon into
assessing excessive fees.

5th COA (Breach of CC&Rs against all Defendants) - Plaintiffs allege
that they breached the terms of the CC&Rs by levying assessments and
fees on lot owners, including Plaintiff, "in order to fund
Coachillin and Dickerson's construction of infrastructure at the
Development and common areas through the Unlawful Charges."
(Complaint, ¶ 100.) Again, Plaintiff's allegations are in direct
conflict with Defendants declaration stating that the assessments
only included proper fees, no other evidence is submitted in support
of this conclusory statement.

6th COA (Real Estate Seller's Non-Disclosure), 7th COA (Intentional
Misrepresentation, 8th COA (Negligent Misrepresentation), and 9th
COA (Reformation) -

Plaintiffs allege that they failed to disclose to Plaintiff that
they were not providing all required infrastructure for the
Development and were going to require parcel owners to pay for a

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

Date          Action

portion of the Development's infrastructure which was not
Plaintiffs' obligations. (Complaint, ¶ 103.) Plaintiffs allege that,
before the close of escrow on the purchase of Plaintiffs' lots,
Defendants intended to deceive Plaintiffs by concealing the fact
that Plaintiff will be required to pay for undisclosed portions of
the Development's infrastructure and costs and that Defendants were
not going to complete the Development as represented and that these
Defendants were going to control and dominate Indian Canyon to the
detriment of Plaintiffs. (Complaint, ¶ 104.) Plaintiffs also allege
that they misrepresented that they would provide the entire
infrastructure for the Development at their sole expense.
(Complaint, ¶ 109.) Plaintiffs also seek reformation that the Lot
Agreements be reformed to reflect the true intent of the parties at
the time of entering into the agreements that Coachillin, as the
developer, was responsible for all costs associated with
infrastructure and common area at the Development and that Plaintiff
was responsible for the sole cost of infrastructure within the
individual lot boundary lines and limited monthly fees. (Complaint,
¶ 123.)

Defendants present the declaration of Kenneth Dickerson, stating
that he made no misrepresentation to Plaintiffs regarding the terms
of the Agreements, CC&Rs, or Plaintiffs' obligations to pay the
corresponding common area fee. (SUF, ¶ 56.) Once again, Plaintiff
and Defendant's positions are in direct conflict regarding a triable
issue of fact. Defendants, other than this conclusory statement,
presents no other evidence to support their position. Defendants
also argue that any claim of misrepresentation is barred because the
agreements contained integration clauses which represented the
entire agreement between the parties. However, "tort damages have
been permitted in contract cases where the contract was fraudulently
induced. (Erlich v. Menezes (1999) 21 Cal.4th 543, 551-552, italics
added.) In such case, "the duty that gives rise to tort liability is
either completely independent of the contract or arises from conduct
which is both intentional and intended to harm." (Id. at 552.)

Since Plaintiffs allege that they were induced by the
misrepresentations made by Kenneth Dickerson and Coachillin prior to
entering the agreements and closing escrow, the alleged
misrepresentations form the basis for tort claims that are
independent and separate from the claims of breach of agreements.

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

Date          Action

10th COA (Declaratory Relief against Coachillin, Kenneth Dickerson,
and Indian Canyon) - Plaintiffs allege that an actual controversy
has arisen between Plaintiffs and these Defendants concerning their
rights and duties with the agreements, CC&Rs, and the obligations to
pay assessments and fees in that Plaintiffs contend that they are
obligated to pay the purchase prices and the costs only agreed upon
in the transaction, and Defendants contend that Plaintiffs are also
required to additional fees associated with items which Plaintiffs
are not responsible. These items include, Storm Water Pollution
Prevention Plan, drainage channels, retention basins, curbs, and
"opt in" payment to be part of the Development's Master Water
Quality Management Plan. (Complaint, ¶ 129.) Defendants argue that
there is no actual controversy between the parties regarding the
POA's authority to foreclose on the Lots. However, the controversy
as alleged by Plaintiffs is that Defendant POA has assessed
excessive fees by including the above-mentioned costs for which
Plaintiffs are not responsible, for which Defendants have agreed to
be solely responsible. As previously discussed, Defendants present
no evidence showing that there is not an actual controversy between
the parties.

11th COA (Injunction against Coachillin, Kenneth Dickerson, and
Indian Canyon) - Plaintiffs allege that Coachillin and Indian Canyon
has recorded a notice of Delinquent Assessment and Claim of Lien on
Lot 18 and a pre-lien notice was served on Lot 13, as part of the
process to proceed with foreclosure of these lots. Plaintiffs allege
that these documents were prepared in connection with excessive
assessments levied against Plaintiffs and that Plaintiffs will
suffer irreparable injury if injunction is not granted to restrain
foreclosure. (Complaint, ¶¶ 137, 138.) Defendants argue that
injunction is not a remedy available to Plaintiffs because there is
adequate remedy at law. It has been held that, despite the notion
that the uniqueness of real property results in an irreparable harm,
where the real property consists of condominium units being held for
investment purposes, and having an established market price, damages
are an adequate remedy warranting denial of injunctive relief.
(Jessen v. Keystone Save. & Loan Ass'n (1983) 142 Cal.App.3d 454-458
[refusing preliminary injunction to restrain foreclosure sale].) In
Jessen, the court held the notion that irreparable harm exists in
real property because of its uniqueness was inapposite in case where

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

Date         Action

the condominium units at issue had established sales price and were
being openly marketed having no unique relationship with plaintiff
other than their market price. (Id. at 457-458.) However, the Jessen
court distinguished such properties from ones with "undefined
investment purposes." (Id.at 458.) Here, Defendants have not
presented any evidence to dispel the notion that the lots are unique
real properties by showing that the lots have an established sales
price and that Plaintiffs have no unique relationship with the lots
but for their market value or that Plaintiffs lack a particular
investment purpose over the lots.

Notice to be given by Prevailing party is ordered to give notice
pursuant to CCP 1019.5..

06/03/2022   Notice of Ruling re: DEFENDANTS, MOTION FOR SUMMARY JUDGMENT ANDOR
             SUMMARY ADJUDICATION on Complaint of ALPENGLOW MANAGEMENT GROUP LLC
             Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS
             LLC, EN PRIMEUR LLC

06/03/2022   Jury Trial at 8:30 AM in Department PS2

06/03/2022   Payment: $1.85, Connect, Legal, for ALPENGLOW MANAGEMENT GROUP LLC,
             BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC, Receipt:
             EFM20220603-01293

06/23/2022   Proposed Order
             Filed By: ALPENGLOW MANAGEMENT GROUP LLC

06/23/2022   Notice of Change of Handling Attorney on Complaint of ALPENGLOW
             MANAGEMENT GROUP LLC
             Attorney Type: New Attorney, Represented Parties: ALPENGLOW
             MANAGEMENT GROUP LLC (Plaintiff), BRIGHTSIDE ESTATE HOLDINGS LLC
             (Plaintiff), EN PRIMEUR LLC (Plaintiff)

06/23/2022   Notice of Document Return.

06/27/2022   Payment: $1.85, Connect, Legal, for ALPENGLOW MANAGEMENT GROUP LLC,
             BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC, Receipt:
             EFM20220627-01270

07/18/2022   Opposition to Plaintiff's Motion for Summary Judgment and/or Summary
             Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC
             Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON
             & 18TH PROPERTY OWNERS, KATHERINE DICKERSON

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

| Date | Action |
|---|---|
| 07/18/2022 | Declaration of Kenneth Dickerson ISO Defendant's Opposition to Plaintiff's Motion for Summary Judgment and/or Summary Adjudication<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 07/18/2022 | Responses to Separate Statement and Additional Facts in Support of Opposition to Plaintiff's Motion for Summary Judgment and/or Summary Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 07/18/2022 | Proof of Service re: Defendant's Opposition to Plaintiff's Motion for Summary Judgment; Declaration ISO Def's Oppo to MSJ; Separate Statement on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 07/19/2022 | Payment: $1.85, Legal, One, for COACHILLIN HOLDINGS LLC, DICKERSON, KATHERINE, DICKERSON, KENNETH, DICKERSON, KIRSTEN, INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt: EFM20220719-00231 |
| 07/27/2022 | Reply IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 07/27/2022 | Response to DEFENDANTS' SEPARATE STATEMENT OF ADDITIONAL MATERIAL FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ANDOR SUMMARY ADJUDICATION on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 07/27/2022 | Objection(s) to EVIDENCE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 07/27/2022 | Proof of Service re: PROOF OF SERVICE RE [PROPOSED] ORDER ON PLAINTIFFS' OBJECTIONS TO EVIDENCE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

Date       Action

07/27/2022 Proposed Order (hearing) re: PLAINTIFFS' OBJECTIONS TO EVIDENCE IN
           SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR
           IN THE ALTERNATIVE, SUMMARY ADJUDICATION on Complaint of ALPENGLOW
           MANAGEMENT GROUP LLC for hearing on 08/01/2022
           Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS
           LLC, EN PRIMEUR LLC

07/28/2022 Payment: $1.85, Connect, Legal, for ALPENGLOW MANAGEMENT GROUP LLC,
           BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC, Receipt:
           EFM20220728-00054

07/28/2022 Payment: $1.85, Connect, Legal, for ALPENGLOW MANAGEMENT GROUP LLC,
           BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC, Receipt:
           EFM20220728-01727

07/29/2022 Order Appointing Court Approved Reporter as Official Reporter Pro
           Tempore
           Filed By: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS
           LLC, EN PRIMEUR LLC

08/01/2022 Minute Order: Hearing on Motion for Summary Judgment or in the
           Alternative Summary Adjudication on Complaint of ALPENGLOW
           MANAGEMENT GROUP LLC by ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE
           ESTATE HOLDINGS LLC, EN PRIMEUR LLC

08/01/2022 Hearing on Motion for Summary Judgment or in the Alternative Summary
           Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC by
           ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN
           PRIMEUR LLC at 8:30 AM in Department PS2 Honorable Manuel
           Bustamante, Judge
           M. Youngberg, Courtroom Assistant
           Court Reporter Pro Tem Karen Celehar, Court Reporter
           APPEARANCES:
           ALPENGLOW MANAGEMENT GROUP LLC [PLA], BRIGHTSIDE ESTATE HOLDINGS LLC
           [PLA], EN PRIMEUR LLC [PLA] represented by Keith Smith
           telephonically.
           COACHILLIN HOLDINGS LLC [DEF], DICKERSON, KENNETH [DEF], INDIAN
           CANYON & 18TH PROPERTY OWNERS [DEF], DICKERSON, KIRSTEN [DEF],
           DICKERSON, KATHERINE [DEF] represented by Meredith Montrose and
           Joseph Leventhal telephonically.
           This matter is being live streamed for public access.
           Motion by Plaintiffs regarding Motion for Summary Judgment or in the
           alternative Summary Adjudication is called for hearing.
           Counsel presents argument.

PAGE: 41

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

| Date | Action |
|------|--------|
| | Motion for Summary Judgment taken under submission. |
| 08/02/2022 | Minute Order: Ruling on Matter Submitted |
| 08/02/2022 | Ruling on Matter Submitted at 3:50 PM in Department PS2 Honorable Manuel Bustamante, Judge<br>M. Youngberg, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>Court subsequently rules on matter taken under submission on: 08/01/2022 for Hearing on Motion for Summary Judgment or in the Alternative Summary Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC by ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC.<br>Motion for Summary Judgment or in the Alternative Summary Adjudication is denied.<br>Prevailing party (Defendant Coachillin Holdings, LLC) to provide notice pursuant to CCP 1019.5 |

Plaintiffs' filed evidentiary objections with their Reply. As will be discussed below, Plaintiffs failed to meet their initial burden of producing evidence to make a prima facie showing, objections to evidence provided by Defendants were immaterial in the Court's analysis. Objections properly presented in compliance with CRC 3.1352, but not ruled on, are preserved for appeal. (Code Civ. Proc., §437c(q); see also Reid v. Google, Inc. (2010) 50 Cal.4th 512, 532.)

Plaintiffs bring this action against the developer of an industrial commercial development, the property owners association, and the individuals who are officers of the entity defendants, for breach of the purchase agreements and the covenants, conditions, and restrictions ("CCRs"); and misrepresentation for allegedly assessing unlawful fees against Plaintiffs' lots for cost to construct infrastructure and common areas for which Defendants had agreed to be solely responsible at the outset of Plaintiff's purchase of the lots.

On June 18, 2020, Plaintiffs filed their Complaint, alleging eleven

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

Date        Action

(11) causes of action: (1) Breach of written contract; (2) breach of
implied covenant of good faith and fair dealing; (3) breach of
fiduciary duty; (4) breach of fiduciary duty; (5) breach of CC&Rs;
(6) Real estate seller's non-disclosure; (7) intentional
misrepresentation; (8) negligent misrepresentation; (9) reformation;
(10) declaratory relief; and (11) injunction.

Plaintiffs now move for summary judgment or, in the alternative, for
summary adjudication of each cause of action on the grounds that
Plaintiffs have established all essential elements of each cause of
action and there are no applicable affirmative defenses as a matter
of law.

Where plaintiff seeks summary judgment, the burden is to produce
admissible evidence on each element of a "cause of action" entitling
him or her to judgment. (Code Civ. Proc., §437c(p)(1).) The moving
party bears the initial burden of production to make a prima facie
showing that there are no triable issues of material fact. (Aguilar
v. Atlantic Richfield Co. (2001) 25 Cal.4th 826, 850.) This means
that a plaintiff must present "evidence that would require a
reasonable trier of fact to find any underlying material fact more
likely than not." (Id. at 851.)

Also, "[a] party may seek summary adjudication as to one or more
causes of action, one or more affirmative defenses, one or more
claims for damages, or one or more issues of duty, if the party
contends that the cause of action has no merit, that there is no
affirmative defense to the cause of action, that there is no merit
to an affirmative defense as to any cause of action, that there is
no merit to a claim for damages…or that one or more defendants owed
or did not owe a duty to plaintiff…." (Code Civ. Proc., §437c(f)(1);
Maria D. v. Westec Residential Sec., Inc. (2000) 85 Cal.App.4th 125,
133.) "A motion for summary adjudication shall be granted only if it
completely disposes of a cause of action, an affirmative defense, a
claim for damages, or an issue of duty." (Ibid.) A motion for
summary adjudication "shall proceed in all procedural respects as a
motion for summary judgment" (Code Civ. Proc., §437c(f)(2).)

After the plaintiff has met his or her burden of proving each
element of the cause of action, the burden then shifts to the

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

Date      Action

defendant to show that "a triable issue of one or more material facts exists as to the cause of action or a defense thereto." (Code Civ. Proc., §437c(p)(1).) "[T]here is no obligation on the opposing party… to establish anything by affidavit unless and until the moving party has by affidavit stated facts establishing every element… necessary to sustain a judgment in his favor." (Consumer Cause, Inc. v. SmileCare (2001) 91 Cal.App.4th 454, 468, internal quotation omitted, brackets in original.)

1st COA (Breach of written contract against Coachillin and Kenneth Dickerson) - The elements of a cause of action for breach of contract are (1) the existence of the contract, (2) plaintiff's performance or excuse for nonperformance, (3) defendant's breach, and (4) the resulting damages to the plaintiff. (Miles v. Deutsche Bank National Trust Co. (2015) 236 Cal.App.4th 394, 402.) Plaintiffs contend that Defendants are in breach of their obligations for "failing to provide power stubbed to Lots 13 and 18, by failing to provide power by the end of 2018, by failing to complete infrastructure that was promised, and by failing to pay for the costs provided by the Agreements and the Lot Purchaser Breakdowns incorporated into the Agreements." (Motion, 12:28; 13:1-3.) In support of their contentions, Plaintiffs point to the purchase agreements, the purchaser breakdowns incorporated into the agreements, and the update letters provided by Defendants throughout the course of the purchase transaction while the parties were in escrow. Plaintiffs also rely on verbal material statement of facts allegedly made by Defendants regarding electricity, sewer, and essentially receiving a "turn key" lot.

Plaintiffs fail to establish a breach. First the language contained in the agreements which Plaintiff refer to is the language contained in the Addendums to the purchase agreements, which state:

"The lot to be purchased by Buyer does not presently exist as a legal lot. The lot to be purchased by Buyer is not a fully improved lot. It shall have electricity, domestic water, sewer, cable and gas stubbed into but not on the site, and a paved road from the main entry and mass graded pad." (C. Groff & F. Groff Decls, Ex. H.)

This fails to show that Defendants promised to deliver these improvements on a date certain. Plaintiffs also point to the

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

Date          Action

purchaser breakdown, which was purportedly incorporated into the
agreements; however, the breakdown only provides the cost the owners
are responsible for in regard to these utilities and does not
represent a promise that a date that the services would be available
to them. (C. Groff & F. Groff Decls., Ex. M.) Also, the update
letters regarding electricity and water connections are not part of
the agreements, creating contractual obligations upon Defendants.
The updates delivered information which Defendants received from SCE
as to the projected installations of sub-stations and provided
target dates for completion of constructions as to power and water
sources. (C. Groff & F. Groff Decls., Ex. B-G, J, Q, S.)

This claim also fails for failure to provide evidence of damages.
For instance, Plaintiffs do not present any evidence that that
market value of property has diminished for Defendants' alleged
failure to meet their obligations under the purchase agreements.
Plaintiffs do not present any evidence showing that Plaintiffs were
intending to develop the vacant lots and could not proceed with
their plans because of Defendant's alleged breach.

Even if the Court were to find that Plaintiff has met their initial
burden regarding the elements of breach of contract in the 1st COA,
Defendants' Opposition directly addresses the elements of existence
of a contract, breach of contract, and damages. As discussed during
oral argument on Monday August 1, 2022, there appears to be a
dispute over what terms were part of a contract. Some appear to have
been in writing and others oral representations that could invite
discussion regarding the parol evidence rule. Regarding breach, as
discussed above, there appears to be a dispute whether a breach
actually occurred again because of what terms were part of a
contract between the parties. Finally, as also discussed during oral
argument, there appears to be a dispute regarding damages for the
alleged breach of contract. Plaintiff submitted the damages are, at
a minimum, the purchase cost for the at issue lots of land.
Defendants argue damages are to be determined from the difference
between the purchase price and the market value of the property
(Fragalle v. Faulkner (2003) 110 Cal.App.4th, 229, 236.)

In sum, even assuming, arguendo, that Plaintiff's met their initial
burden on the 1st COA, Defendants in their opposition have met their
burden showing there is a triable issue of material fact as to

PAGE: 45

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

Date        Action

            several elements for breach of contract.

            2nd COA (Breach of implied covenant of good faith and fair dealing
            against Coachillin and Kenneth Dickerson) - Plaintiffs allege that
            these Defendants are in breach for failing to pay for all required
            infrastructure costs for the Development, failing to provide the
            Strom Water Pollution Prevention Plan Master Water Quality
            Management Plan, drainage channels, retention basins, curbs, which
            Plaintiffs were not contractually obligated to pay, and for
            demanding payment of unlawful charges and assessments, and recording
            liens and seeking to foreclose upon Lot 18. (Complaint, ¶ 85.) For
            this cause of action as well, Plaintiffs fail to meet their initial
            burden of producing evidence establishing the elements of their
            claim.

            Under California law, every contract includes an implied covenant of
            good faith and fair dealing in the performance and enforcement of
            the contract. (Acree v. General Motors Acceptance Corp. (2001) 92
            Cal.App.4th 385, 393; Rest. 2d Contracts, § 205.) The covenant
            requires that neither party do anything that would deprive the other
            of the benefit of the contract. (Foley v. Interactive Data Corp.
            (1988) 47 Cal.3d 654, 684.) Since Plaintiffs failed to establish
            Defendants' breach of the purchase agreements, they have also failed
            to demonstrate how any conduct by Defendants interfered with
            Plaintiffs' right to receive the benefits of the contracts.

            3rd COA (Breach of fiduciary duty against Indian Canyon, Kirsten and
            Katherine Dickerson) - Plaintiffs allege that Indian Canyon, as the
            POA for the Development, and Kirsten and Katherine Dickerson, as the
            officers for the POA, owed fiduciary duties to the association
            members, including Plaintiff. (Complaint, ¶ 88.) Plaintiffs allege
            that they violated the fiduciary duties "when it permitted, agreed,
            acquiesced, and conspired with Dickerson and Coachillin to so
            dominate and control Indian Canyon's affairs such that Indian Canyon
            levied excessive, unreasonable and improper assessments on lot
            owners, including Plaintiff…." (Complaint, ¶ 89.) However, contrary
            to Plaintiffs' contentions, there is no tort cause of action
            available against an association of a common development. (See Sands
            v. Walnut Gardens Condominium Assn. Inc. (2019) 35 Cal.App.5th 174,
            177 [nonsuit for negligence action against association, recognizing
            that "covenants, conditions, and restrictions comprise a contract

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

---

Date        Action

between the association and individual owners"].) Duty that gives
rise to a tort liability must be completely independent of the
contract. (Erlich v. Menezes (1999) 21 Cal.4th 543, 551-552.)

Here, outside of the CC&Rs, Plaintiffs do not establish any other
independent duty charged upon these Defendants when levying
assessments against the subject properties. Although, cases have
held that "[a] homeowners association has a fiduciary relationship
with its members-at least with respect to dealing with the
homeowner's unit" (Ostayan v. Nordhoff Townhomes Homeowners Assn.,
Inc. (2003) 110 Cal.App.4th 120, 126), Plaintiffs offer no evidence
as to how the fiduciary duties were violated by levying assessments
and liens against the properties.

Plaintiffs contend that Defendants violated the fiduciary duties
"when they permitted Dickerson and Coachilin to control Indian
Canyon's affairs such that Indian Canyon levied excessive,
unreasonable and improper assessments on lot owners in order to fund
the initial construction of infrastructure at the Development."
(Motion, 15: 1-4.) The association's responsibilities of assessing
fees and processing liens against delinquent assessments are
authorized by the CC&R, a contract between property owners and the
association. Furthermore, there is no evidence that the assessments
were unreasonable and improper, as Plaintiffs do not elaborate as to
the specific charge, date, and the amount related to the particular
charge or assessment constituting a violation of the CC&R.

The allegations that these Defendants permitted Coachilin and
Dickerson to control the affairs of the association is a mere
conclusory statement without basis. No evidence is provided to show,
other than the fact that the officers of the association are related
to Dickerson and that the association is an entity affiliated with
Coachilin, that the association permitted Coachilin to "control" its
affairs. When seeking summary judgment, "[t]he affidavits must cite
evidentiary facts, not legal conclusion or 'ultimate' facts."
(Hayman v. Block (1986) 176 Cal.App.3d 629, 639, citing 6 Witkin,
Cal. Procedure (3d ed. 1985) § 288, p. 587.)

4th COA (Breach of fiduciary duty against Kenneth Dickerson and
Coachillin) - Plaintiffs fail to meet their initial burden to show
that they are entitled to summary adjudication as to this cause of

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

| Date | Action |
|------|--------|

action. Plaintiffs allege that Kenneth Dickerson, as a board member
of Indian Canyon and as the Declarant in the CC&Rs, and Coachillin
owed fiduciary duties to members of the association. (Complaint, ¶
93.) It is alleged that they violated these fiduciary duties "when
they so interfered with and controlled Indian Canyon by demanding
that Indian Canyon levy excessive, unreasonable and improper
assessments on low owners." (Complaint, ¶ 94.)

As previously discussed, no admissible evidence is provided to show
that these Defendants controlled and demanded the association to
charge excessive fees against Plaintiff, which are conclusory
statements without basis.

5th COA (Breach of CC&Rs against all Defendants) - Plaintiffs allege
that Defendants breached the terms of the CC&Rs by levying
assessments and fees on lot owners, including Plaintiff, "in order
to fund Coachillin and Dickerson's construction of infrastructure at
the Development and common areas through the Unlawful Charges."
(Complaint, ¶ 100.) Plaintiffs fail to establish a breach.
Plaintiffs argue that the CC&Rs, which were in place at the time
Plaintiffs closed escrow on the subject Lots, provides that
Coachilin was required to pay for the cost to build the "Initial
Common Infrastructure".

Plaintiffs point out that, according to the CC&R, the owners were
not responsible for the cost of the Initial Common Infrastructure
because it was excluded from the allocable share of the Common Area
Expenses for which Plaintiffs were responsible. (G. Groff & F. Groff
Decl., Ex. R, pg. 9-10.) The CC&R provides that the term "
'Allocable Share' means the proportionate share of all Common Area
Expenses attributable to each Parcel." (Ibid., Sec. 2.7, pg. 4 of
CC&R, emphasis added.) The CC&R contains a broad definition of the
term "Common Area Expenses", spanning over 3 pages, including "any
and all costs, charges, fees and expenses incurred by Declarant
and/or the Association in performing the Declarant's and/or
Association's obligations hereunder…" and "utilities, irrigation,
gardening and other services, for the Common Areas…." (Id. at pg.
5.) Such obligations include but are not limited to "the upkeep,
maintenance, management, operation, repair (including replacement,
if necessary) of the Common Areas or any potion thereof…." (Ibid.)
However, Common Area Expenses do not include "the costs and expenses

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

---

Date        Action

incurred by Declarant to construct the Initial Common
Infrastructure…." (Id. at pg. 7, emphasis added.) The CC&R provides
that the term Initial Common Infrastructure means "the common
infrastructure to serve the Project" as described in the attached
Map and the specific plan. (G. Groff & F. Groff Decl., Ex. R, pg. 9-
10, emphasis added.) The CC&R also states that, "[a]s of the date of
this Declaration, the [specific plan] has not yet been approved by
the City Council." (Id. at pg. 9.)

Plaintiffs fail to show which of the charges levied against their
properties were improper charges for Initial Common Infrastructure.
Plaintiffs provides no evidence as to what part of the referenced
map and specific plan, which define the scope of what is considered
Initial Common Infrastructure, constitute these utilities or
services Defendants failed to provide. Also, the CC&R contains a
separate provision regarding utilities (section 4.1.3), which
provides for a non-exclusive easement "to connect to and utilize the
main utility lines and other facilities installed within the Common
Areas for the use by the Parcel Owners … necessary or desirable for
such Parcel Owner to receive utility (including, without limitation,
gas, water and power), cable and telecommunication services … (…
"Utility Facilities")…." It also provides that "Any and all expenses
associated with the construction or installation of such Utility
Facilities, including without limitation, any tap or connection fees
or charges, shall be borne by the respective Parcel Owner." (Ibid.)
Plaintiffs' supporting declarations, the language of the CC&R, and
copies of the pre-lien notices and notices of delinquent assessment,
which were submitted by Plaintiffs as evidence in support of their
cause of action, without more, do not show that the assessments
levied against the properties were for improper Initial Common
Infrastructure costs.

6th, 7th, and 8th COA (Real estate seller's non-disclosure;
Intentional misrepresentation; Negligent misrepresentation) –
Plaintiffs allege that Defendants failed to disclose to Plaintiff
that they were not providing all required infrastructure for the
Development and were going to require parcel owners to pay for a
portion of the Development's infrastructure which was not part of
Plaintiffs' obligations. (Complaint, ¶ 103.) Plaintiffs allege that,
before the close of escrow, Defendants intended to deceive
Plaintiffs by concealing the fact that Plaintiffs will be required

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

Date        Action

            to pay for undisclosed portions of the Development's infrastructure
            and costs and that Defendants were not going to complete the
            Development as represented and that these Defendants were going to
            control and dominate Indian Canyon to the detriment of Plaintiffs.
            (Complaint, ¶ 104.)

            As mentioned at the outset, Plaintiffs' causes of action are based
            on alleged misrepresentations or failure of disclosure by
            Defendants. Plaintiffs fail to meet their initial burden to
            establish the elements of these claims. "In the absence of a
            fiduciary or confidential relationship, a duty to disclose arises at
            common law if material facts are known only to the [seller] and the
            [seller know that the plaintiff does not know or cannot reasonably
            discover the undisclosed facts." (Karoutas v. HomeFed Bank (1991)
            232 Cal.App.3d 767, 771.) "Undisclosed facts are material if they
            have a significant and measurable effect on market value." (Ibid.)
            "A breach of duty to disclose gives rise to a cause of action for
            rescission or damages." (Ibid.) The elements of fraud are: (1) a
            misrepresentation, (2) knowledge of falsity, 93) intent to defraud,
            (4) justifiable reliance, and (5) resulting damage. (Robinson
            Helicopter Co., Inc. v. Dana Corp. (2004) 34 Cal.4th 979, 990.) The
            elements of a cause of action for negligent misrepresentation are
            the same as above, except the intent to induce plaintiff is not
            required but only requires that the plaintiff show defendant did not
            have any reasonable ground for believing the representation to be
            true. (Continental Airlines, Inc. v. McDonnell Douglas Corp. (1989)
            216 Cal.App.3d 388, 402.)

            Plaintiffs argue that, during the course of the purchase transaction
            of the two lots, that Defendants Dickerson and Coachilin made the
            following statements to Plaintiffs:
            (1) The lots would have electricity supplied by Southern California
            Edison Company ("SCE"), and that SCE had determined a Method of
            Service for the Development, and that Plaintiffs' lot would have
            power by the end of 2018;
            (2) The lots would have water, power, sewer, and gas stubbed to each
            lot;
            (3) The development would have sewer and water service from the
            Mission Springs Water District;
            (4) Coachilin would complete all of the common infrastructure work,
            at its own cost and expense;

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

Date        Action

(5) Coachilin would mass graded all of the lots such that Plaintiff
would receive lots that were ready to build upon.

In support of these allegations, Plaintiffs point to the language
stated in the "original agreement" which are not part of the subject
purchase agreements that contains the parties' agreement with
respect to the purchase of the subject lots. (See C. Groff Decl., ¶
6, Ex. A; F. Groff Decl., ¶ 6, Ex. A.) That language contained in
the original agreement was that the lots were to have "electricity
(one 480V; 5,000 Amps; 3 phase), water, sewer, gas stubbed to the
exterior perimeter of the lots (not within the interior of the
lots), and a paved road from the main entry (Indian & Coachilin'
Way) of the project to the lot." (Ibid.) However, the original
agreement was superseded by the subject purchase agreements relating
to Lots 13 and 18. Plaintiffs also contend that they received
written updates from Coachilin and Dickerson, which were provided to
all purchasers (C. Groff & F. Groff Decls., Ex. B-G, J, Q, S.). The
update letters only show that Defendants relayed certain projected
dates and updates provided by SCE, which were not their own
representations. Also, the update letters provided target dates for
construction and did not make any material representation as to a
date certain that the utilities and connections would be made
available to Plaintiff. Without more, no inference can be drawn that
Defendants knew or could have reasonably known about the delay in
construction or that certain infrastructures would not be available
by a certain date to satisfy the elements of intentional or
negligent misrepresentation, or the failure to disclose a known
material information. Also, as discussed earlier, Plaintiffs have
not demonstrated that the charges levied against them as special
assessments were improper by showing that Defendants charged them
for Initial Common Infrastructure which were to be constructed at
the sole expense of Defendants as represented in the CC&R.

9th COA (Reformation) - Plaintiffs seek reformation that the Lot
Agreements be reformed to reflect the true intent of the parties at
the time of entering into the agreements that Coachillin, as the
developer, was responsible for all costs associated with
infrastructure and common area at the Development and that Plaintiff
was responsible for the sole cost of infrastructure within the
individual lot boundary lines and limited monthly fees. (Complaint,
¶ 123.)

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

| Date | Action |
|------|--------|

Plaintiffs have not established the elements of reformation. Reformation is a remedy accorded to an aggrieved party to a written contract when, through fraud or mutual mistake of the parties, or a mistake of one party known or suspected by the other, the contract does not truly express their intention." (Campbell v. Republic Indem Co. of America (1957) 149 Cal.App.2d 476, 480.) Reformation is based on section 3399 of the Civil Code, which provides: When, through fraud or a mutual mistake of the parties, or a mistake of one party, which the other at the time knew or suspected, a written contract does not truly express the intention of the parties, it may be revised on the application of a party aggrieved, so as to express that intention, so far as it can be done without prejudice to rights acquired by third persons, in good faith and for value.

Plaintiffs argue that it was their intention that Coachilin would be responsible for initial infrastructure costs, and were not aware that they would ultimately be assessed excessive fees to fund the costs. Here, other than conclusory statements that the parties' true intentions were to ensure Plaintiffs are not levied infrastructure costs for which Defendants are responsible, and that Defendants knew that Plaintiffs would be assessed excessive costs, no evidence is provided to show that they are entitled to a remedy of reformation of their purchase agreements.

10th COA (Declaratory relief against Coachillin, Kenneth Dickerson, Indian Canyon) - Any person claiming rights with respect to property, a contract, or a written instrument (other than a will or trust) may bring an action for a declaration of the party's rights or duties with respect to another. (Code Civ. Proc., §1060.) Plaintiffs allege that an actual controversy has arisen between Plaintiffs and these Defendants concerning their rights and duties with the agreements, CC&Rs, and the obligations to pay assessments and fees, in that Plaintiffs contend that they are obligated to pay the purchase prices and the costs only agreed upon in the transaction, and Defendants contend that Plaintiffs are also required to pay additional fees associated with items which Plaintiffs are not responsible. (Complaint, ¶ 129.) Plaintiffs are contending that they were inappropriately charged for infrastructure costs for which they are not responsible pursuant to the CC&R, which include electricity, domestic water, sewer, cable and gas stubbed into but not on the site, retention basins, drainage, shotcrete and

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Palm Springs Courthouse Department PS2
Status: Active

---

Date        Action

similar basin improvements. Clearly, there is a triable issue of
fact regarding rights and duties as discussed above.

11th COA (Injunction against Coachillin, Kenneth Dickerson, and
Indian Canyon) - Plaintiffs allege that Coachchillin and Indian
Canyon has recorded a notice of Delinquent Assessment and Claim of
Lien on Lot 18 and a pre-lien notice was served on Lot 13, as part
of the process to proceed with foreclosure of these lots. Plaintiffs
allege that these documents were prepared in connection with
excessive assessments levied against Plaintiffs and that Plaintiffs
will suffer irreparable injury if injunction is not granted to
restrain foreclosure. (Complaint, ¶¶ 137, 138.)

Civil Code section 3422 provides: "[A] final injunction may be
granted to prevent breach of an obligation existing in favor of the
applicant: [¶] 1. Where pecuniary compensation would not afford
adequate relief; [¶]2. Where it would be extremely difficult to
ascertain the amount of compensation which would afford adequate
relief; [¶] 3. Where the restraint is necessary to prevent a
multiplicity of judicial proceedings…." The party seeking relief
must ordinarily show that acts complained of will cause irreparable
injuries that cannot be adequately compensated in damages. (Intel
Corp. v. Hamidi (2003) 30 Cal.4th 1342, 1352.)

Here, it is undisputed that the at-issue properties are undeveloped
vacant lots. Plaintiffs have not demonstrated that an irreparable
harm would result if injunction is not granted and why they have no
remedy at law. Also, as discussed earlier, Plaintiffs have not
demonstrated with sufficient evidence that the assessment liens
placed on the properties are for improperly assessed charges. As
such, Plaintiffs have failed to establish their claim for
injunction.

Notice to be given by Clerk to WOOD SMITH HENNING & BERMAN LLP,
DINSMORE & SHOHL LLP, PARKER STRAUS, LLP.
Minute entry completed.

08/02/2022 Certificate of Mailing

08/05/2022 Notice of Ruling re: / Following Hearing on Plaintiffs' Motion for

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

| Date | Action |
|------|--------|
| | Summary Judgment of in the Alternative Summary Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON |
| 08/05/2022 | Proof of Service Re Notice of Ruling Following Hearing on Plaintiffs' Motion for Summary Judgment of in the Alternative Summary Adjudication on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: COACHILLIN HOLDINGS LLC, KENNETH DICKERSON, INDIAN CANYON & 18TH PROPERTY OWNERS, KIRSTEN DICKERSON, KATHERINE DICKERSON<br>Against / As To: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC |
| 08/08/2022 | Payment: $1.85, Legal, One, for COACHILLIN HOLDINGS LLC, DICKERSON, KATHERINE, DICKERSON, KENNETH, DICKERSON, KIRSTEN, INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt: EFM20220808-00647 |
| 09/01/2022 | Ex Parte Application re: / to Vacate Trial Date and Related Dates on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS |
| 09/01/2022 | Declaration of Kenneth Dickerson In Support of Indian Canyon & 18th Property Owners Association's Ex Parte Application to Vacate Trial Date and Related Dates<br>Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS |
| 09/01/2022 | Declaration of Joseph S. Leventhal In Support of Indian Canyon & 18th Property Owners Association's Ex Parte Application to Vacate Trial Date and Related Dates<br>Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS |
| 09/01/2022 | Proof of Service by Electronic Service (non-complaint) of Ex Parte Application to Vacate Trial Date and Related Dates and all Supporting Documents on Complaint of ALPENGLOW MANAGEMENT GROUP LLC<br>Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS<br>Against / As To: ALPENGLOW MANAGEMENT GROUP LLC, BRIGHTSIDE ESTATE HOLDINGS LLC, EN PRIMEUR LLC |
| 09/01/2022 | Notice of Document Quality Assurance |
| 09/01/2022 | Payment: $60.00, Legal, One, for INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt: EFM20220901-00500 |
| 09/01/2022 | Payment: $1.85, Legal, One, for INDIAN CANYON & 18TH PROPERTY OWNERS, Receipt: EFM20220901-00500 |

PSC2002599: ALPENGLOW MANAGEMENT GROUP LLC vs COACHILLIN HOLDINGS LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Palm Springs Courthouse Department PS2

Status: Active

---

Date       Action

09/01/2022 Proposed Order (hearing) re: Ex Parte Application to Vacate Trial
           Date and Related Dates on Complaint of ALPENGLOW MANAGEMENT GROUP
           LLC for hearing on 09/02/2022
           Filed By: INDIAN CANYON & 18TH PROPERTY OWNERS

09/01/2022 Payment: $1.85, Legal, One, for INDIAN CANYON & 18TH PROPERTY
           OWNERS, Receipt: EFM20220901-00825

09/01/2022 Payment: $1.85, Legal, One, for INDIAN CANYON & 18TH PROPERTY
           OWNERS, Receipt: EFM20220901-00864

09/01/2022 Payment: $1.85, Legal, One, for INDIAN CANYON & 18TH PROPERTY
           OWNERS, Receipt: EFM20220901-01022

09/01/2022 Payment: $1.85, Legal, One, for INDIAN CANYON & 18TH PROPERTY
           OWNERS, Receipt: EFM20220901-01814

09/02/2022 Minute Order: Ex Parte Hearing re: Application to Vacate Trial and
           Related Dates by INDIAN CANYON & 18TH PROPERTY OWNERS

09/02/2022 Ex Parte Hearing re: Application to Vacate Trial and Related Dates
           by INDIAN CANYON & 18TH PROPERTY OWNERS at 8:30 AM in Department PS2
           Honorable Manuel Bustamante, Judge
           M. Youngberg, Courtroom Assistant
           Court Reporter: None
           APPEARANCES:
           ALPENGLOW MANAGEMENT GROUP LLC [PLA], BRIGHTSIDE ESTATE HOLDINGS LLC
           [PLA], EN PRIMEUR LLC [PLA] represented by Keith Smith
           telephonically.
           COACHILLIN HOLDINGS LLC [DEF], DICKERSON, KENNETH [DEF], INDIAN
           CANYON & 18TH PROPERTY OWNERS [DEF], DICKERSON, KIRSTEN [DEF],
           DICKERSON, KATHERINE [DEF] represented by Meredith Montrose
           telephonically.
           This matter is being live streamed for public access.
           Motion by Defendants regarding Ex Parte Hearing re: Application to
           Vacate Trial and Related Dates is called for hearing.
           Counsel presents argument.
           Court makes the following order(s):
           Ex Parte Hearing re: Application to Vacate Trial denied.
           Request to Continue Trial is denied.
           Notice waived.

10/07/2022 Jury Trial at 8:30 AM in Department PS2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3685 Main Street, Suite 300, Riverside, CA 92501
Mailing:  P.O. Box 1300, Riverside, CA 92502-1300

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/08/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Arturo Cisneros (TR)**   amctrustee@mclaw.org,
  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Abram Feuerstein**   abram.s.feuerstein@usdoj.gov
- **Everett L Green**   everett.l.green@usdoj.gov
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Cameron C Ridley**   Cameron.Ridley@usdoj.gov
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 09/12/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 12, 2022 | Wendy M. Patrick | /s/ Wendy M. Patrick |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

Alpenglow Management Group, LLC
Brightside Estate Holdings
En Primeur, LLC

Keith Smith, et al.
Wood Smith Henning & Berman LLP
21804 Cactus Avenue, Suite 200
March Air Reserve Base, CA 92518

\Coachillin Holdings, LLC
Kenneth Dickerson
Indian Canyon & 18th Property Owners Association
Kirsten Dickerson
Katherine Dickerson

Joseph S. Leventhal
Dinsmore and Shohl LLP
655 W. Broadway, Suite 800
San Diego, CA 92101